IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437　　　　　　　*

　　Petitioner,　　　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　* CIVIL ACTION NO. 3:05-CV-1228-F

GWENDOLYN MOSLEY, WARDEN, *et al.*, *

　　Respondents.　　　　　　　　　　 *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 9th day of January, 2006.

　　　　　　　　　　　　　　　　　／s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE