| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kevin Blake_  ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  11-06 |
| 1. Article Addressed to:<br><br>Gwendolyn Mosley<br>Warden<br>East. Corr. Fac.<br>200 Wallace Dr<br>Clio, AL 36017 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:05 CV 1228-F<br>Proc Order<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery?  ☐ Yes |
| 2. Article Number (Transfer from service lab) | 7003 2260 0005 4584 7009 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540