■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Taylor
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
1/11/06

1. Article Addressed to:

Troy King
11 S. Union St.
Mont., AL
36130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Petition & B:05cv1228
Proc order    F

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0005 4584 6927

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540