IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY GAY ALLS, #161437, | )<br>)<br>) |
| Petitioner, | )<br>) |
| VS. | ) CIVIL ACTION NO.<br>) 3:05-CV-1228-F<br>) |
| GWENDOLYN MOSLEY, Warden, et. al., | )<br>)<br>) |
| RESPONDENTS. | ) |

**REQUEST FOR ADDITIONAL TIME IN WHICH
TO RESPOND TO THE ORDER TO SHOW CAUSE**

Come now the Respondents in this case, by and through the Attorney General of the State of Alabama, and respectfully request an extension of twenty-one (21) additional days in which to respond to the Order issued by this Court on January 9, 2006. As grounds for this request, Respondents represent as follows:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had sufficient time to prepare a response.

2. The instant petition contains at least three comprehensive ground of allegedly unconstitutional action by Respondents, and preparing a proper response requires more time.

3. Respondents have requested the records of the proceedings which involve the alleged constitutional violations. To date, however, the records have not been received.

4. Upon receipt of the records, time is needed to review the records to file a proper response.

5. The additional time requested will not prejudice the rights of Alls.

Wherefore, Respondents respectfully request an extension of twenty-one (21) days, up to and including February 20, 2006, in which to file a response in this case.

Respectfully submitted,

s/Yvonne A. H. Saxon (Sax003)
Yvonne A. H. Saxon (Sax003)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: ysaxon@ago.state.al.us

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Billy Gay Alls, AIS #161437, 200 Wallace Drive, Clio, AL 36017.

                Respectfully submitted,

                s/Yvonne A. H. Saxon (Sax003)
                Yvonne A. H. Saxon (Sax003)
                Office of the Attorney General
                Alabama State House
                11 South Union
                Montgomery, AL 36130-0152
                Telephone: (334) 242-7300
                Fax: (334) 242-2848
                E-Mail: ysaxon@ago.state.al.us

94314/89679-001