IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS,  #161 437          *

    Petitioner,                    *

    v.                             *        3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                   *

_____

## ORDER ON MOTION

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Respondents' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2.  Respondents are GRANTED an extension from January 30, 2006 to February 21, 2006 to file their answer.

DONE, this 1st day of February, 2006.

/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE