In The United State District Court
Middle District of Alabama

Billy Gay Alls #161437

V

Gwendolyn Mosley

## Petitioness objection to the Inadequate Show Cause Order

Into this Court comes Billy Alls (Alls) by and through himself and would file this his timely objection to the clearly, insufficient and inadequate of the order filed by Magistrate Russ Walker on the 9th day of January 2006.

The very substance of said order does clearly and very concisely violate the clearly establish holding of the Rule of Habeas Corpus Procedure Rule-5 plus the holding in Bundy V Wainwright 808 F2d 1410:1415 (11th Cir 1987) as well as 28 USC §§ 2243-2247-2249 The Action of Russ Walker is a gross and clearly erroneous action by a US Magistrate. That could be looked upon as the Magistrate showing favoritism toward the Respondant by ignoring clearly establish Federal Statutes and Constitutional.

1

Right of Petitioner See Quinn V Hayes 234 F3d 837, Also For the Presumption of Prejudice due to "Walker" Action Veal V Cooper 936 F Supp 511 Plus Burnett 380 US 426. The order Issued by Russ Walker is due to be held For Naught And a new order to Show Cause is to be Issued; one that Fully Complies with the Federal Judical Requirement With in 28 USC § 2240 - 2254 And the holding of the 11th Cir. within Bundy V Wainwright 808 F2d 1415 - 1415"

Conclussion

Alls would now move the Hon District Judge Fuller To Vacate the order Issued by Russ Walker And to Either Remove her From this Instant case or to Instruct her to Issue a Proper Show Cause order In this case As Dictated by Statutes And Law

cc: File

Respectfully Submitted
Billy Gay Alls
Billy Gay Alls 161437

The Foregoing is true And Factual under Penalty of Perjury Placed in the Legal mail system on JANUARY 30, 2006

2

## Certificate of Service

I aver that a true and correct copy of the afore going has been served upon the Respondence Attorney by placing same in the Legal mail system at E.C.F. properly addressed and postage prepaid done on this The 30th day of January 2006

Billy Allis
BILLY ALLS

Yvonne A.H. Saxon
Troy King
11 South Union Street
Montgomery Ala, 36130