IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:05-cv-1228-MEF |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

This cause is before the Court on the Petitioner's Objection to the Inadequate Show Cause Order (Doc. #11) filed on February 7, 2006. Specifically, the Petitioner objects to the contents of the Magistrate Judge's order of January 9, 2006 (Doc. #4) directing the Respondents to file a limited response to the petition. After an independent review of the Magistrate Judge's order and the Petitioner's objection, the Court finds that the Magistrate Judge's order was within her authority pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Therefore, it is hereby

ORDERED that Petitioner's objection (Doc. #11) is OVERRULED. Moreover, to the extent the Petitioner's objection seeks the removal of the Magistrate Judge in this case, that objection is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 10th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE