IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS,  #161 437            *

    Petitioner,                         *

    v.                                  *        3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,  *

    Respondents.                        *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion to Amend Petition, and for good cause, it is

ORDERED that the motion (Doc. No. 9) be and is hereby GRANTED.

The Clerk is DIRECTED to send a copy of this order and the amended petition to counsel of record.   It is  further

ORDERED that Respondents are GRANTED an extension from February 21, 2006 to March 8, 2006 to file their answer to the petition, as amended, in accordance with the court's January 9, 2006 order. (*See* Doc. No. 4.)

DONE, this 10th day of February, 2006.

/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE