IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BILLY GAY ALLS, #161 437        *

    Petitioner,        *

    v.        *        3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,        *

    Respondents.        *

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Appointment of Counsel, and for good cause, it is

ORDERED that the motion (Doc. No. 10), be and is hereby DENIED.

DONE, this 10th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE