IN The United States District Court
Middle District of Alabama

Billy Gay Alls  161437

V

Gwendolyn Mosley

3:05-CV-1228-MEF

RECEIVED
2006 FEB 17 A 9:22

Petitioner Appeal of Magistrate
Order Issued on 2-10-06

Into this court comes Billy Alls (Alls) by and through himself and does appeal the order (Doc 14-1) Denying Alls motion for Appointment of counsel. (Doc 10)
Alls did present ample meritoreous factual claims to uphold this his request for counsel the denial of Appointment of Counsel is in effect Denying The Petitioner's right of procedural due process and Adequate access to court in this his persuit for Justice see McBride v Sharpe 25-F3d 962 F.H.3, Rules Plus F.H.5-Rule 9(A)
All would now submit the fact listed in (Doc 10) As well As The Following true Fact.
-A- Alls is A 52 year old Black man with a tenth (10th) grade Education.

1

-B- Alls was convicted pursuant to a plea of guilty entered by his trial attorney Thomas Jones in accordence with an alleged plea agreement. To CC-90-007 an indictment for captial murder with an indictment "CC-90-008" count 1 murder count 2 theft being dismissed. Plea date
Alls was then sentenced on Feb. 4, 91 to two life sentence to run consectively for the crime of murder and for a crime not indicted for Robbery 1st degree."

-C- Absotulely no evidence was presented to the court by the prosecution during the improper plea Hearing see Pardue V State 502d AL. 2000) said plea hearing held in the Judges chambers"

-D- Alls did not attack his conviction due to the mistaken belief in attorney Jone assurence that he would be released from prison after about (8) eight year."

-E- Alls being with out any type of formal legal knowledge and only a 10th grade (limited) education and being now incarcerated at this institution with out having access to any type

permissable legal assistance by some one who is educated in matter of law

"It is against the institutional policy for one inmate to assist an other inmate in legal litigation" Any inmate doing so is subjected to diciplinary action lock up an segregation and possible lose of good time."

Therefore Allis is in a possion where he truly would be denied denied meaningful adequate access to court to litigate this instant habens action The records is required would uphold each and every factual claim raised by Allis. The denial of assistance of counsel plus the inadequate order to show cause does clearly allow the respondant to continually the gross miscarrage of justice by the circuit court of Randolph county Ala. As the record if review would show

Truly counsel must be appointed and case record review to bring to an end this gross miscarrage of justice see 28 USC §§ 2241, 2243, 2244(b) 2247 2249 2254 Rules 5+7 as well as 18 USC § 3006A (A) 2(B) plus McBride v Sharp 25 F3d 967 (11th Cir 1994) Hn 10 And Fn 3-

3

## Concluding

Allis now submit This Instant petition (Appeal) and Also The Original motion (Doc #0) before this Hon. Court for A Review of The Record And claim stated here In.

Allis is unable To Submit Document in this now case due To his Inability To obtain same both court Records And Institutional Rules & Regulation. There fore Allis Pray That this Hon. Court will obtain And Review The Afore mentioned.

Respectfully Submitted

Billy Gay Allis
Billy Gay Allis

4

Certificate Of Service

This is to Certify that the Afore going has been served Upon Respondant Attorney Yvonne A.H. Saxon properly Addressed And Postage Prepaid by Placing Same In The Legal Mail System At E.C.F.
On This The __15__ day of February 2006

_Billy Gay Alls_
Billy   Gay   Alls

Yvonne A. H. Saxon
Attorney General office
11 South Union Street
Montgomery Ala.
         36130-0152