IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:05-cv-1228-MEF |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

This cause is before the Court on the petitioner's "Appeal of Magistrate Order Issued on 2-10-06" (Doc. #15) filed on February 17, 2006. Specifically, petitioner objects to the Magistrate Judge's order of February 10, 2006 (Doc. #14) denying petitioner's motion for appointment of counsel. After an independent review of the petitioner's motion, the Magistrate Judge's order, and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #15) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 1st day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE