```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1990 000007.60
OPER: MAL                     CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT   CRIMINAL             RUN DATE: 01/18/2006
===============================================================================
IN THE CIRCUIT COURT OF   RANDOLPH                              JUDGE: XXX

STATE  OF  ALABAMA                      VS    ALLS BILLY GAY
                                              EASTERLING CF7A-130
CASE: CC 1990 000007.60                       200 WALLACE DR
                                              CLIO, AL   36017 0000

DOB: 08/08/1954        SEX: M  RACE: B  HT: 0 00  WT: 000   HR:       EYES:
SSN: 420707082   ALIAS NAMES:
===============================================================================
CHARGE01: RULE 32-FELONY       CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                          AGENCY/OFFICER: 0560000

DATE WAR/CAP ISS:                      DATE ARRESTED:
DATE    INDICTED:                      DATE     FILED: 04/11/2005
DATE    RELEASED:                      DATE   HEARING:
     BOND AMOUNT:          $.00              SURETIES:

DATE 1:           DESC:                TIME: 0000
DATE 2:           DESC:                TIME: 0000

TRACKING NOS:               /                       /

   DEF/ATY:                  TYPE:                              TYPE:


                       00000                          00000

PROSECUTOR: JONES E PAUL



===============================================================================
OTH CSE:    000000000000  CHK/TICKET NO:              GRAND JURY:
COURT REPORTER:_____   SID NO:   000000000
DEF STATUS: PRISON              DEMAND:                          OPER: MAL
===============================================================================
   TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                         OPE
===============================================================================
  04/11/2005   | CHARGE 01: RULE 32-FELONY/#CNTS: 001      (AR01)        MAL
  ------------|------------------------------------------------------------
  04/11/2005   | FILED ON: 04/11/2005                      (AR01)        MAL
  ------------|------------------------------------------------------------
  04/29/2005   | ORDER ALLOWING DEFENDANT TO PROCEED IN FORMA             MAL
  ------------|------------------------------------------------------------
  04/29/2005   | PAUPERIS                                                 MAL
  ------------|------------------------------------------------------------
  06/02/2005   | PETITION THIS COURT FOR AN ORDER FOR THE                 MAL
  ------------|------------------------------------------------------------
  06/02/2005   | STATE TO RESPOND                                         MAL
  ------------|------------------------------------------------------------
  06/14/2005   | MOTION FOR FINAL DISPOSITION                             MAL
  ------------|------------------------------------------------------------
  07/12/2005   | MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS             MAL
  ------------|------------------------------------------------------------
  07/12/2005   | MOTION FOR IMPOSITION OF SANCTION FOR A VIOLATION        MAL
  ------------|------------------------------------------------------------
  07/12/2005   | OF RULE OF CRIMINAL PROCEDURE RULE 32.7(A)               MAL
  ------------|------------------------------------------------------------
  07/12/2005   | MOTION FOR MORE DEFINILE STATEMENT OF APRIL 26TH         MAL
  ------------|------------------------------------------------------------
  07/12/2005   | 2005                                                     MAL
  ------------|------------------------------------------------------------
  07/12/2005   | MOTION FOR DENOVO HEARING                                MAL
  ------------|------------------------------------------------------------
  09/07/2005   | PETITION FOR AN WRIT OF MANDAMUS                         MAL
  ------------|------------------------------------------------------------
  09/07/2005   | ORDER FROM COURT OF CRIMINAL APPEALS                     MAL
  ------------|------------------------------------------------------------
  09/13/2005   | MANDAMUS CERTIFICATE OF SERVICE                          MAL
  ------------|------------------------------------------------------------
  09/15/2005   | PETITION FOR AN WRIT OF MANDAMUS                         MAL
```

EXHIBIT B

```
ACR0370                  ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1990 000007.60
OPER: MAL                          \SE ACTION SUMMARY
PAGE:    2                          CIRCUIT    CRIMINAL            RUN DATE: 01/18/2006
===============================================================================
IN THE CIRCUIT COURT OF   RANDOLPH                                     JUDGE: XXX

STATE   OF   ALABAMA                   VS   ALLS BILLY GAY
                                            EASTERLING CF7A-130
CASE: CC 1990 000007.60                     200 WALLACE DR
                                            CLIO, AL  36017 0000

DOB: 08/08/1954          SEX: M  RACE: B  HT: 0 00  WT: 000   HR:      EYES:
SSN: 420707082   ALIAS NAMES:
===============================================================================
 TRANS DATE   |   ACTIONS, JUDGEMENTS, AND NOTES                          OPE
===============================================================================
 09/23/2005   | ORDER CRT OF CRIMINAL APPEALS WRIT OF MANDAMUS            MAL
 09/23/2005   | DENIED                                                    MAL
 10/12/2005   | NOTICE FROM COURT OF CRIMINAL APPEALS APPLICATION         MAL
 10/12/2005   | FOR REHEARING OVERRULED                                   MAL
 12/13/2005   | CERTIFICATE OF JUDGMENT WRIT DENIED                       MAL
 01/18/2006   | CASE ACTION SUMMARY PRINTED            (AR08)             MAL
```

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1990 000008.60
OPER: MAL                     CASE ACTION SUMMARY
PAGE:    1                    CIRCUIT    CRIMINAL
=================================================================================
                                                                RUN DATE: 04/11/2005
IN THE CIRCUIT COURT OF   RANDOLPH
                                                                JUDGE: XXX
STATE  OF  ALABAMA                         VS      ALLS BILLY GAY
                                                   EASTERLING CF7A-130
CASE: CC 1990 000008.60                            200 WALLACE DR
                                                   CLIO, AL   36017 0000

DOB: 08/08/1954       SEX: M  RACE: B  HT: 0 00  WT: 000  HR:        EYES:
SSN: 420707082   ALIAS NAMES:
=================================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0560000

DATE WAR/CAP ISS:
DATE    INDICTED:                       DATE  ARRESTED:
DATE    RELEASED:                       DATE     FILED: 04/11/2005
BOND      AMOUNT:        $.00           DATE   HEARING:
                                             SURETIES:
DATE 1:           DESC:                 TIME: 0000
DATE 2:           DESC:                 TIME: 0000

TRACKING NOS:                  /                         /

   DEF/ATY:                          TYPE:
                                                                           TYPE:
                           00000                                00000
PROSECUTOR: JONES E PAUL

=================================================================================
OTH CSE:     000000000000  CHK/TICKET NO:
COURT REPORTER:                  SID NO:        000000000       GRAND JURY:
DEF STATUS: PRISON               DEMAND:
=================================================================================
                                                                       OPER: MAL
DATE           ACTIONS,  JUDGEMENTS,  AND  NOTES
=================================================================================
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 4-11-05 | In Forma Pauperis Declaration |
| 4-11-05 | Petition For Relief From Conviction or Sentence |
| 4-29-05 | Order Allowing Defendant to proceed in forma pauperis copies mailed |
| | See CC 90-007.60 for all further motions & orders |

# PETITION FOR RELIEF FROM CONVICTION OR SENTENCE

(Pursuant to Rule 32,
Alabama Rules of Criminal Procedure)

Case Number
CC- 90 007
   008
ID  YR  NUMBER

IN THE __Circuit__ COURT OF __Randolph County__, ALABAMA

__Billy Gay Alls__ vs. __State of Alabama__
Petitioner (Full Name)                Respondent

[Indicate either the "State" or, if filed in municipal court, the name of the "Municipality"]

Prison Number __AIS 161437__   Place of Confinement __Easterling C.F. Clio, Ala.__

County of conviction _____

**Filed in Office**

NOTICE: BEFORE COMPLETING THIS FORM, READ CAREFULLY THE ACCOMPANYING INSTRUCTIONS.

APR 1 1 2005

KIM S. BENEFIELD
Clerk of Circuit Court

1. Name and location (city and county) of court which entered the judgment of conviction or sentence under attack __Randolph County Alabama Circuit Court__

2. Date of judgment of conviction __2-4-1991__

3. Length of sentence __Two Life Sentence Consecutively__

4. Nature of offense involved (all counts) __One Count of Murder one Count of Robbery__

5. What was your plea? (Check one)
   (a) Guilty __✓__
   (b) Not guilty ____
   (c) Not guilty by reason of mental disease or defect ____
   (d) Not guilty and not guilty by reason of mental disease or defect ____

6. Kind of trial: (Check one)

   (a) Jury _____          (b) Judge only __✓__

7. Did you testify at the trial?

   Yes _____          No __✓__

8. Did you appeal from the judgment of conviction?

   Yes _____          No __✓__

9. If you did appeal, answer the following:

   (a) As to the state court to which you first appealed, give the following information:

   (1) Name of court __N/A__

   (2) Result _____

   (3) Date of result __N/A__

   (b) If you appealed to any other court, then as to the second court to which you appealed, give the following information:

   (1) Name of court __N/A__

   (2) Result _____

   (3) Date of result __N/A__

   (c) If you appealed to any other court, then as to the third court to which you appealed, give the following information:

   (1) Name of court __N/A__

   (2) Result _____

   (3) Date of result _____

2

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

    Yes ✓       No ____

11. If your answer to Question 10 was "yes", then give the following information in regard to the first such petition, application, or motion you filed:

    (a) (1) Name of court **Circuit Court of Randolph County Alabama**

    (2) Nature of proceeding **Motion for discovery**

    (3) Grounds raised _____

    _____

    _____

    _____

    _____

    (attach additional sheets if necessary)

    (4) Did you receive an evidentiary hearing on your petition, application, or motion?

    Yes ____       No ✓

    (5) Result _____

    (6) Date of result _____

    (b) As to any second petition, application, or motion, give the same information:

    (1) Name of court ____ N/A ____

    (2) Nature of proceeding ____ N/A ____

    (3) Grounds raised ____ N/A ____

    _____

    _____

    _____

    (attach additional sheets if necessary)

    (4) Did you receive an evidentiary hearing on your petition, application, or motion?

    Yes ____       No ____

    (5) Result ____ N/A ____

    (6) Date of result ____ N/A ____

    (c) As to any third petition, application, or motion, give the same information (attach additional sheets giving the same information for any subsequent petitions, applications, or motions):

    (1) Name of court ____ N/A ____

3

(3) Grounds raised _____ N/A _____

(attach additional sheets if necessary)

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____   No _____

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(d) Did you appeal to any appellate court the result of the action taken on any petition, application, or motion?

(1) First petition, etc.      Yes ✓      No _____
(2) Second petition, etc.    Yes _____   No _____
(2) Third petition, etc.     Yes _____   No _____

ATTACH ADDITIONAL SHEETS GIVING THE SAME INFORMATION
FOR ANY SUBSEQUENT PETITIONS, APPLICATIONS, OR MOTIONS.

(e) If you did not appeal when you lost on any petition, application, or motion, explain briefly why you did not:

AlABAmA SUPReme told me to get me A LAwyeR to Handle my CASe

12. Specify every ground on which you claim that you are being held unlawfully, by placing a check mark on the appropriate line(s) below and providing the required information. Include all facts. If necessary, you may attach pages stating additional grounds and the facts supporting them.

# GROUNDS OF PETITION

Listed below are the possible grounds for relief under Rule 32. Check the ground(s) that apply in your case, and follow the instruction under the ground(s):

✓ A. The Constitution of the United States or of the State of Alabama requires a new trial, a new sentence proceeding, or other relief.

For your information, the following is a list of the most frequently raised claims of constitutional violation:

4

(1) ✓ Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(2) ✓ Conviction obtained by use of coerced confession.

(3) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(4) ✓ Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(5) Conviction obtained by a violation of the privilege against self-incrimination.

(6) ✓ Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(7) ✓ Conviction obtained by a violation of the protection against double jeopardy.

(8) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(9) ✓ Denial of effective assistance of counsel.

This list is not a complete listing of all possible constitutional violations.

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each constitutional violation that you claim, whether or not it is one of the nine listed above, and include under it each and every fact you feel supports this claim. Be specific and give details.

✓    B.   The court was without jurisdiction to render the judgment or to impose the sentence.

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

✓    C.   The sentence imposed exceeds the maximum authorized by law, or is otherwise not authorized by law.

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

_____ D.   Petitioner is being held in custody after his sentence has expired.

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

_____ E.   Newly discovered material facts exist which require that the conviction or sentence be vacated by the court, because:

The facts relied upon were not known by petitioner or petitioner's counsel at the time of trial or sentencing or in time to file a post-trial motion pursuant to rule 24, or in time to be included in any previous collateral proceeding, and could not have been discovered by any of those times through the exercise of reasonable diligence; and

The facts are not merely cumulative to other facts that were known; and

5

✓ The facts do not merely amour ? impeachment evidence; and

___ If the facts had been known at the time of trial or sentencing, the result would probably have been different; and

✓ The facts establish that petitioner is innocent of the crime for which he was convicted or should not have received the sentence that he did.

> If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

___ F. The petitioner failed to appeal within the prescribed time and that failure was without fault on petitioner's part.

> If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

13. IMPORTANT NOTICE REGARDING ADDITIONAL PETITIONS RULE 32.2(b) LIMITS YOU TO ONLY ONE PETITION IN MOST CIRCUMSTANCES. IT PROVIDES:

> "Successive Petitions. The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner. A second or successive petition on different grounds shall be denied unless the petitioner shows both that good cause exist why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and that failure to entertain the petition will result in a miscarriage of justice."

A. Other than an appeal to the Alabama Court of Criminal Appeals or the Alabama Supreme Court, have you filed in state court any petition attacking this conviction or sentence?

Yes ___   No ___

B. If you checked "Yes," give the following information as to earlier petition attacking this conviction or sentence:

(a) Name of court **CRiminAL CouRt OF APPeAL**

(b) Result **AFFiRmed**

(c) Date of result _____
(attach additional sheets if necessary)

C. If you checked the "Yes" line in 13A, above, and this petition contains a different ground or grounds of relief from an earlier petition or petitions you filed, attach a separate sheet or sheets labeled: "EXPLANATION FOR NEW GROUND(S) OF RELIEF."

> On the separate sheet(s) explain why "good cause exists why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and [why the] failure to entertain [this] petition will result in a miscarriage of justice."

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

Yes ___   No ✓

15. Give the name and address, if known, of each attorney who represented you at the following stages of the case that resulted in the judgment under attack:

    (a) At preliminary hearing __It WAS WAVe__

    (b) At arraignment and plea __ThomAS Jone__

    (c) At trial __NO TRiAL__

    (d) At sentencing __No ~~[redacted]~~ Sentencing heARing__

    (e) On appeal __No APPeAL__

    (f) In any post-conviction proceeding __No Post-Conviction__

    (g) On appeal from adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

    Yes ✓    No ____

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ____    No ✓

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) And give date and length of sentence to be served in the future: __N/A__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ✓    No ____

18. What date is this petition being mailed? __To Be Added__

    Wherefore, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

7

# PETITIONER'S VERIFICATION UNDER OATH
# SUBJECT TO PENALTY FOR PERJURY

I swear (or affirm) under penalty of perjury that the foregoing is true and correct.

Executed on **4-5-05**
(Date)

*Signature of Petitioner* — Billy Jay Alls

SWORN TO AND SUBSCRIBED before me this the **5** day of **April**, **2005**.

MY COMMISSION EXPIRES DEC. 13, 2005

Notary Public — Daniel O. Fouse

OR *

## ATTORNEY'S VERIFICATION UNDER OATH
## SUBJECT TO PENALTY FOR PERJURY

I swear (or affirm) under penalty of perjury that, upon information and belief, the foregoing is true and correct. Executed on _____.
(Date)

_____
Signature of Petitioner's Attorney

SWORN TO AND SUBSCRIBED before me this the _____ day of _____, 19_____.

_____
Notary Public

Name and address of attorney representing petitioner
in this proceeding (if any)

_____
_____
_____
_____

* If petitioner is represented by counsel, Rule 32.6(a) permits either petitioner or counsel to verify the petition.

COPY

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| VS. | ) CASE NO. CC-90-007 |
| BILLY GAY ALLS | ) |

### SENTENCING ORDER

The Defendant, Billy Gay Alls, and the attorneys for the Defendant, Honorable Thomas E. Jones and Honorable Donald R. Cleveland, being present in Court, made known the desire of the Defendant to plead guilty to the charges of murder and robbery in the first degree, which are lesser included offenses as those charged in the indictment. The Court was presented with a Plea Agreement executed by the Defendant, counsel for the Defendant, and the District Attorney. The Court then accepted the Plea Agreement submitted by the parties.

The Court conducted a full colloquy with the Defendant, advising him of his constitutional rights and being assured that the attorneys for the Defendant had likewise advised the Defendant of his constitutional rights. The Court further advised the Defendant that in the event his guilty plea is later successfully attacked on appeal, the State has the right to reindict the Defendant on the capital murder charge and seek the death penalty following a trial. The Defendant waived all constitutional rights and requested that his plea of guilty be accepted.

The Court ascertained from the Defendant that there are sufficient facts on which to base the plea of guilty. The entire proceeding was recorded by the Court Reporter.

Based upon the Defendant's plea, the Court finds the Defendant, Billy Gay Alls, guilty of murder, which is a lesser included offense as charged in the indictment; and further finds the Defendant, Billy Gay Alls, guilty of robbery in the first degree, a lesser included offense as charged in the indictment.

EXHIBIT (C)

VI COPY

The Court made the pronouncement of guilty, and the Defendant was afforded allocution.

It is the judgment and sentence of the Court that the Defendant, Billy Gay Alls, be and he is sentenced to the penitentiary of the State of Alabama in connection with the murder conviction for a life term. In connection with the robbery conviction, the Defendant is sentenced to the penitentiary of the State of Alabama for a life term. The sentences imposed in connection with these convictions are to run consecutively. The Defendant is to be given credit for time served in connection with these charges.

The Defendant is ordered to pay the costs of these proceedings, said costs to include the reimbursement to the State of Alabama for the costs of the Defendant's court-appointed counsel, and any medical and/or dental expenses incurred while incarcerated in the County Jail. IT IS FURTHER ORDERED that the Defendant pay the sum of $50.00 to the Victim's Compensation Fund of the State of Alabama. Payment of all sums indicated above is a condition to any form of early release for the Defendant.

As per the Plea Agreement, any other offenses charged the indictment are dismissed. Further, as per the Plea Agreement, Case No. CC-90-008 is nolle prossed.

The Clerk of the Court is to mail a copy of this Sentencing Order to counsel of record for the Defendant and the Office of the District Attorney.

SIGNED this 4th day of February, 1991.

DALE SEGREST, Circuit Judge

Filed In Office

FEB - 4 1991

_____
Clerk of Circuit Court

EXHIBIT (B)

Copy

IN THE DISTRICT COURT OF RANDOLPH COUNTY, ALABAMA

STATE OF ALABAMA,                )
                                 )
        PLAINTIFF,                )
                                 )
V.                               )    CASE NO. CC 90-007
                                 )
BILLY ALLS,                      )    RE: ALLS V. STATE
                                 )
        DEFENDANT.                )

                                          Filed In Office

                    ORDER                 APR 2 2 1998

                                          KIM S. BENEFIELD

Defendant has filed in this Court a motion to require the Department of Probation and Parole to furnish him with a copy of his pre-sentence investigation report, which may also assume that such a report is available in the office of the Clerk of this Court. The Clerk denies having such a report. This Court has examined the entire file relating to this case. This Court finds no such report.

The Court has examined the entire file in this matter. It appears that defendant was charged with capital murder and that at some point in time, the defendant, his counsels, and the State entered into a plea agreement as to lesser included offenses, which this Court accepted. He was sentenced in accordance with the plea agreement. There is no indication that a pre-sentence investigation report was ordered, was necessary, or would have been appropriate under the circumstances. The file indicates that he received a sentence of life without parole, by agreement. A pre-sentence investigation report would have added nothing

EXHIBIT (D)

4 COPY

or subtracted nothing from the agreement. All the necessary forms and colloquy appear in the file. The motion is due to be denied. IT IS SO ORDERED.

The Clerk shall mail a copy of this Order by ordinary mail to the defendant at his last known address and to the Assistant District Attorney for Randolph County.

DONE AND ORDERED this 22nd day of April, 1998.

Lewis H. Hamner
Circuit Judge

EXHIBIT (E)