N

IN The CouRt oF CRiminAL APPEAL oF AlABama

Billy G. AllS
APPellAnt

VS

CASe NO: CC-90-007-60
CC-90-008-60

STaTe oF AlABama
APPelbees

Petition FoR AN WRit of mandamus. And PRoHiBition DiRect to A Judge oR Judges And otheR EXtRA oR dinARy WRit. AN ISSue AN Show CAuse on Hon: Tom F. Young JR. To Show why this oRdeR Should not Be Issue.

The APPellAnt Billy AllS move to File In the HonoRAble CouRt With This Instant Petition FoR AN WRit of mandamus in the ABove Style CAuse And Issue An oRdeR gRanting the FoRe Said Petition.


EXHIBIT
C

1

## Statement of the Fact

N
1. On April 5, 05 An omnibus motion for A Bill of Particulars was filed
2. On April 5, 05 Motion for disclosure of matter occurring before the Grand Jury.
3. On April 5, 05 motion for Appointment of Counsel pursuant to Rule 32-7(B) And (C) Rule 6 And AlA. Code 1975 § 15-12-21
4. On April 5, 05 motion to dismiss Indictment pursuant to Rule 91 § 15-2-2
5. On April 5, 05 motion for Judgement of Acquittal filed.
6. On April 5, 05 motion to Act As Co-Counsel was filed.
7. On April 5, 05 motion for Limine Filed.

On April 26, 05 The Court ordered the Clerk direct to mail a copy of this order to the office of the district Attorney and a copy to the defendant.

8. On May 13, 05 motion for Final disposition was filed.
9. On May 13, 05 motion to order the State to Respond was filed.
10. On July 11, 05 motion for De Nove Hearing was File.

2

N 11 on July 11, 05 motion for Imposition of Sanction for A violation of Rule of Criminal Precudure Rule 32 7(A) was fild

12 on July 11, 05 motion for summary Judgement on the Pending was Filed.

13. on July 11, 05 motion for more definite Statement of order filed on April 26, 05 see Exibit (F)(A) that order Lack An order on the District Attorney to Respond on April 5, 05 Exibt (C)(B)(D) And (E) was Filed.

## Statement of the Issue Presented And the Relief Shought

Hon: Judge Tom F. Young JR. Refused to Issue And order on Hon E Paul Jone.

MR Alls Ask this Court to Issue An order on the Respondent Judge Hon E. Paul Jone. to file An Response Address All the Allgation presented it the Pleading pending In the Circuit county of wedowee Alnbama 36278.

Statement of the Reason
Why The Writ Should Issue

N   Mr. Billy Alls Had been Prejudice with two Consecutive Life Sentences Through the Aid of trial Counsel on Fed 1 1996. By Agreement that If He would Plead to the murder Charge And Received 20 year An the Robbery Charge would Be Droped See Exhibit (B) And Fobbow By petinent Part: As Per the Plea Agreement Any other offenses Charged the Indictment Are dismissed Further. As Per the Plea Agreement Case No CC-90-008 is Nollo Prossed.

Due Process Requirement Constitued A Procedural Guaranteed By the Fourteeth Amendment to the United States Constitution of 1991, Broadly Speaking Contemplate the Requirement of Fair play.

An Opportunity to Petition the Government For Redress of A Lost Grievances, That why it Should Issue

4

IV. This Court Have Jurisdiction to Issue An Show Cause An Hon. Tom F. Young Jr. to Show Why this Writ Should Not Be Granted.
Bounds v Smith 52 Led 2b 47 778.
The Right to Access to the Court is Base on the First and Fourteenth Amendment Right to Petition All Branches of Government for a Redress of Grievances on the Fifth and Fourteenth Amendment Guarantees of due Process And Equal Protection of the Law And on the Sixth and Fourteenth Amendment Right to Counsel. Wolff v mcdonnel 418 US 539, 579, 41 Led 2d 935, 94 Sct. 2963, 71 ohio ops 2d 336 Procnier v martinez 416 US 396, 419 40 Led 2d 2241, 94 Sct, 1800. Peterson v State 842 So 2d 734, AIA, Crim, App, 2001 ]
Criminal Law Key 1181.5(3-1)
Circuit Court Failure make Specific Finding of Fact as to double Jeopardy Claim Asserted In Petition For Post Conviction Relief Required Remand for Finding of Regarding Allegations Contained In Indictment Against Petitioner And Felony that Provided Basis for Felony Murder Conviction.' See Exhibit (D) And (E).

IV See Evans v State 773 So 2d 1060 (Ala Crim App. 2000).

Criminal Law Key 1181.5 (3-1) Remand was required for trial court to allow district attorney [dA] to respond to post conviction relief petition alleging lack of jurisdiction to accept guilty plea to first degree sexual abuse base on agreement. See Exhibit (C) Pertinent Part. Based upon Defendant Plea, the Court finds The defendant Billy Gay Alls Guilty of murder which is a lesser included offense as charged in the indictment. And further finds The Defendant, Billy Gay Alls Guilty of Robbery In the First degree a Lesser Included offense as charge in the Indictment See Exhibit (d) and (E) See Cobe v State 842 So 2d 608, 609. Ala Crim App 2002).

If At the Guilty Plea Proceeding the Indictment was amended the State was required to comply with Rule 13.5 (A) And 13.2 (C) And Confine it Amendment to Lesser offense necessararily Included with In the offense of First degree Robbery.

IV. Mr. Alls contend to this court that according to Alabama Code 1975, Rule 32.7(A) he have a right to the state response as requires by criminal procedural see Bishop v State 592 So 2d 664 (Ala Crim App. 1991).

A petition is entited to notice as to any ground of preclusion so as to enable him to formulate a response Exparte Rice 565 So 2d 606 608 (Ala. 1990), see Jane v State 724 So 2d 75-76. (Ala.Crim.App 1998) [4-6] First, although Rule 32.7(A) mandates that the state, district attorney shall file a response. Criminal Law Key 1590. In order to obtain postconviction a petitioner must alleged fact that if proved would entitled him to relief, Rule Crim Proc Rule 32.1 Ala. Crim. App. 2003) Allegation made in a mandamus petition are takeing as true unless the are refuted in respondent's answer Exparte Norris 877 So 2d 634 see Moore v State 878 So 2d 328 (Ala Crim. App 2003) (8) Relevancy to rebut special defenses:

## Conclusion

IV. The Appellant Billy Allis defendant in trial court that when the Circuit Judge Hon Tom F. Young JR. Refused to issue an order, on Hon E. Paul Jone to respond to the alleged allegations.

This writ should issue and order on the Respondent Judge to show why this writ should not be issue.

_Billy Allis_
Respectfully Submitted

## Certificate of Service

N

I hereby certify that I have served a copy of the above foregoing an all parties this the September day of 1 2005 by placeing same in the ~~~~ United State mail frist class postage prepaid and addressed

Court of Criminal Appeal
State of Alabama
Judicial Building 300 Dexter Avenue
P. O. Box 301555
Montgomery Alabama   36130-1555

Office of Circuit Court Kim S. Benefield
Randolph County
P. O. Box 328
Wedowee Alabama 36278

Office of District Attorney E. Paul Jone
P. O. Box 609
Lafayette Alabama 36862

And the same is true here to

Billy All
Respectfully submitted

9

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-2427

Ex parte Billy G. Alls   (In re: State of Alabama vs. Billy G. Alls)   (Randolph Circuit Court: CC90-7.60, CC90-8.60)

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby denied.

Done this the 21st day of September, 2005.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Kim S. Benefield, Circuit Clerk
    Billy Gay Alls, Pro Se
    Hon. Tom F. Young, Jr., Circuit Judge
    Hon. Troy King, Attorney General
    Hon. E. Paul Jones, District Attorney

# IN THE SUPREME COURT OF ALABAMA



December 9, 2005

**1050149**

Ex parte Billy G. Alls.  PETITION FOR WRIT OF CERTIORARI: CRIMINAL  (In re: State of Alabama vs. Billy G. Alls)   (Randolph Circuit Court: CC90-7.60, CC90-8.60; Criminal Appeals : CR-04-2427).

## CERTIFICATE OF JUDGMENT

### Writ Denied

   The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.
COST TAXED TO PETITIONER.
   STUART, J. - Nabers, C.J., and See, Harwood, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 9th day of December, 2005

Clerk, Supreme Court of Alabama

/bb

# IN THE SUPREME COURT OF ALABAMA

May 15, 2003

1021311

Ex parte Billy Gay Alls.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Billy Gay Alls v. State of Alabama)  (Randolph Circuit Court: CC90-7; Criminal Appeals : Cr-02-0721).

### ORDER

IT IS ORDERED that the petition for writ of certiorari filed in this cause on May 5, 2003, is dismissed pursuant to Rule 2 (c), Alabama Rules of Appellate Procedure, as untimely filed.  See Rule 39 (c)(2), Alabama Rules of Appellate Procedure.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 15th day of May 2003

Clerk, Supreme Court of Alabama

/tr