IN The United States District Court
Middle District of Alabama

RECEIVED
2006 MAR 14 A 9:17

Billy Gay Alls
V
Gwendolyn Mosley

3:05 CV 1228 MEF

Petitioners Request For A Correction
Of the Records, Submitted by Respondant

Into This Court Comes Billy Alls (All) by And Through himself And would move this Court to Instruct The Respondants Attorney to submit the true And Complete (certified) Copies of the ORiginal Court Files Instead of the Clearly Altered Case Action. Summary Sheet of CC-90-007; CC-90-008 These Complete Record Are Required by the very Federal Judicial Statute And Rule governing this Hebeas Corpus Petition 28 USC §§ 2243, 2247, 2249, Plus 2254 Rules 5 And 9(A).

Clearly Ms. Yvonne A. H. Saxon Respondant did seek A copy of the true And correct Records From The Circuit Court of Randolph County but did submit A clearly Altered Copy of the Case Action. Summary of CC-90-007; CC-90-008.

1

Petitioner does have an original copy of said Documents but it will take about 10 days for copies of same to be obtained by him Petitioner will submit copies of the original case action summary of CC-90-007-008 to this court as soon as available copies are made

Pursuant to the Legistative intent of the United state Congress 28 USC § 2244(d) ADEPA is not a mandatory Dismissal of the Habeas Corpus Relief sought but is totally Discertionary in it use but is not to be used to aid the state in a gross miscarriage of justice by allowing the state to alter, Hide or distory the case files that will if true be Benifical to the Petitioner in his try for Justice to be served.

    Petitioner prayes that this Court to Direct Respondants Attorney to submit the true and complete copy of this original case and the Possibility of the Racial Discrimnation there in.

Respectfully Submitted
*Billy Alls*
Billy Alls

## Certificate of Service

This is to Certify that A Copy of this motion has been Served upon Respondant Attorney Properly Addressed And Postage Pre-Paid done on This 13 day of March 2006 by Placeing same in the Legal mail system At Easterling C.F.

*Billy Allis*
Billy Allis

Yvonne A. H. Saxon
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, Ala.
    Zip 36130-0152