IN The United State District Court
Middle District of Alabama

Billy Gay Alls
V                                  3-05-CV-1228-F
Gwendolyn Mosley et, Al

Petitioners Motion For An
Enlargement of time

Into This Court Come Billy Gay Alls (Alls) by And thru himself And would move this Hon. Court Magristrate Russ-Walker (Walker) For An Enlargement of time of At Least (20) twenty days to File An Adequate Resply to Walker order To Show Cause Filed on 3-15-06 There by Extending the due date From the 3 day of April Until The 23 of April 2006. For good Cause As Shown (To Wit)

A) Alls is not An Attorney not Educated in matter of Law. Nor does he have meaning ful Access to Legal Assistance, Nor A Law Library At his Place of Incarceration.

B) Alls does not have A Copy of the Case Record Referred to by Walker Footnote P. 3 her order

1

C) Alls has ENFORMED this Court that the Exibits Filed by Respondant Attorney have been Altered And were Also not Supplied by Respondant As A Certified Copy of The Records of this Instant Case.

D) Alls Avers that the Denial of the motion would be A Flaggerant Violation of his guaranteed Right I Due Process And Adequate Access to Court There by Violating The Clearly Established Law And Statutes Also the Clear Legistative Intent Tion IN the 1-6-8-14 Amendment of The Constitution.

Alls PRAY that this Hon. Court Walker will grant This motion For AN Enlargement of time

Respectfully Submitted
_Billy Gay Alls_
Billy Gay Alls

Certificate of Service
A Copy of this motion has been Filed on The Attorney For Respondant by Placing Same in the Legal mail System At E.C.F. done on March 20, 06

_Billy Alls_
Billy Alls   Prose