In The United States District Court
Middle District of Alabama

Billy Gay Alls

v.

Gwendolyn Mosley

RECEIVED
2006 MAR 23 A 10:03
3:05-CV-1228-F
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Petitioner Request For A Copy
of The Documents & Records

Into this Court comes Billy Alls (Alls) by and through himself and would now move Magistrate Walker to supply him a copy of the Document, Records she made reference to in the foot note on page 3 of her order issued on 3-15-06.
Alls does not have any Record or Documents that show in any manner the dates that clearly are the cause of the confussion mentioned within said foot note (page 3)
This court can not form a just and fair finding in this matter form confusing Records.

Certificate of Service

A copy of this Request is mail
To Respondant Attorney
done on 21 day of March 2006

Respectfully submitted

Billy Alls
Billy Alls