IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437            *

    Petitioner,                     *

    v.                                *      3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                 *

_____

## ORDER ON MOTION

Before the court is Petitioner's request that Respondents be ordered to "submit the true and complete (certified) copies of the original court files instead of the clearly altered case action summary sheet of CC-90-007; CC-90-008." (Doc. No. 18.) Upon consideration of Petitioner's request, which the court construes as a motion for court order, and as the request is unsupported and unsubstantiated, it is

ORDERED that the Motion for Court Order (Doc. No. 18) be and is hereby DENIED.

DONE, this 28th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE