IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437        *

    Petitioner,        *

    v.        *      3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,    *

    Respondents.        *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

    1. Petitioner's Motion for Extension of Time (Doc. No. 20) is GRANTED; and

    2. Petitioner is GRANTED an extension from April 3, 2006 to April 24, 2006 to file a response to the court's March 15, 2006 order.

    DONE, this 29th day of March, 2006.

                                                         /s/ Susan Russ Walker
                                                        SUSAN RUSS WALKER
                                                        UNITED STATES MAGISTRATE JUDGE