IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS,  #161 437         *

   Petitioner,                   *

v.                                *     3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

   Respondents.                  *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's pleading filed March 23, 2006, (Doc. No. 21), which the court construes as a Motion for Service of Pleadings, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

The Clerk is DIRECTED to send to Petitioner a copy of Document Number 17, including exhibits.

DONE, this 29th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE