Exhibit 1(a)

2 Copy Each

| State of Alabama<br>Unified Judicial System<br>Form C-7 Rev. 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number |
|---|---|---|

Style:                                                    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-21-91 | Motion |
| 2-21-91 | Second Motion for Additional Extraordinary Expenses |
| 3-14-91 | Order filed - copy mailed to counsels of record & D.A. |
| 4-13-98 | Motion for An Order |
| 4-22-98 | Order filed - copy mailed to defendant & DA |
| 5-22-98 | Motion for An Order - copy mailed to Judge Siegrist |
| 2-22-99 | Motion for An Order "Nunc Pro Tunc" - copy mailed to Judge Siegrist |
| 3-3-99 | Order filed - copies mailed |

| State of Alabama<br>Unified Judicial System<br>Form C-6    Rev 10/88 | CRIMINAL<br>CASE ACTION SUMMARY | Case Number<br>CC 90-007 |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __RANDOLPH__ COUNTY

☐ STATE OF ALABAMA
☐ City of _____
             v.

| Defendant | Address | Distinguishing Features: |
|---|---|---|
| Billy Gay Alls | | SSAN<br>Sex / Race / DOB / Eyes / Hair / Height / Weight |

| | | | Date War/Cap. Issued<br>02-07-90 | Date Committed to Jail<br>02-07-90 |
|---|---|---|---|---|
| Case Number<br>CC 90 007 | X Jury<br>☐ Non Jury | Date Arrested<br>02-07-90 | X Incarcerated<br>☐ On Bond | Date Released on Bond | Bond Amount |
| Charges  ☐ Misd.  X Fel.<br>☐ Mun. Ord. Viol.  ☐ App. | Prosecutor<br>Milford | Judge ID | Date Prelim. Hearing | Bond Type & Sureties |
| Capital Murder<br>(Murder during robbery in the first degree) | Attorney(s)<br>Tom Jones, A<br>Don Cleveland, A | | Grand Jury No.<br>66<br>Date of Indictment<br>Date of Trial | |

Defendant Index

Court Calendar
Type of Officer: Hawes    ☐ Municipal  ☐ State
                         ☐ County     ☐ Conservation

**Additional Information And Remarks:**

Case No. CC 90-007
On this 1st day of March, 1990, the Defendant, Billy Gay Alls, before arraignment, stated he did not have an attorney, had no funds or property with which to pay an attorney, and wanted the Court to appoint an attorney for him. After consideration by the Court, the Court appointed Honorable Tom Jones to represent the defendant upon arraignment and throughout all further proceedings in this case.
At arraignment came Honorable Rea Clark who prosecutes for the State of Alabama. Also came in Open Court the Defendant, Billy Gay Alls, in his own proper person and attended by his counsel, Honorable Tom Jones, and the Defendant being duly arraigned upon said indictments, reading of the indictments being duly waived, for his pleas thereto says, in the presence of and with the consent and approval of his said counsel, that he is not guilty in manner and form as charged.
IT IS THEREFORE ORDERED AND ADJUDGED by the Court that the Defendant, Billy Gay Alls, is hereby remanded to jail or released on bond pending the trial of this matter which is hereby scheduled during the term of Court which commences on April 16, 1990. The Defendant was informed that a pre-trial conference is scheduled in this case on April 4, 1990, at 9:30 a.m., and it will be necessary for said Defendant to be before the Court at that time. Existing bond continues in effect. The Defendant is given ten (10) days to file any special pleas or motions going to the form of the indictment.
DATED this 1st day of March, 1990.
Dale Segrest
DALE SEGREST, Circuit Judge

| DATE | ACTIONS, |
|---|---|
| 2-28-90 | Motion for Discovery By the State |

| 4/4/90 | Honorable Don Cleveland is hereby appointed as counsel of record in this matter, along with Honorable Tom Jones.    Dale Segrest |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5-11-90 | Order filed - pre-trial conference set for Thursday, June 14, 1990 @ 10:00 - copies to D.A., S.O., attorneys of record & to Jeffery Alls |
| 6-13-90 | State's Response to Defendant's Motion for Discovery |
| 6-14-90 | Motion for Funds to Hire Investigator |
| 6-14-90 | Order filed - copy taken to DA & mailed to Tom Jones & Don Cleveland |
| 6-21-90 | Order for Outpatient Evaluation of Competency to Stand Trial and Mental State at the Time of the Offense - copy mailed to attorneys, S.O., & Taylor Hardin |
| 8-30-90 | Letter from Billy Alls, copy mailed to Judge Segrest - note to Billy Alls |
| 9-12-90 | Evaluation from Taylor Hardin |
| 9-13-90 | Copy of Evaluation mailed to Tom Jones |
| 9-19-90 | Order filed - Pre-trial conference Thurs Nov 15, 1990 @ 1:30 pm - Trial Monday, February 4, 1991 @ 9:00 a.m. copy mailed to Tom Jones, Don Cleveland, D.A. & S.O., |
| 11-2-90 | Jeffery Alls |
| 11-2-90 | Motion for Additional Extraordinary Expenses |
| 11-15-90 | Order filed - copy mailed to Tom Jones, Don Cleveland and D.A. |
| 12-11-90 | Motion for Supplemental Discovery - copy mailed to Judge Segrest see file cc 90-007 |
| 12-18-90 | Order filed - copy mailed to D.A. & attorneys |
| 12-31-90 | State's Response to Defendant's Motion for Discovery |
| 1-23-91 | Petition for Certification of Materiality of Out-of-State Witness |
| 2-1-91 | Motion for Individual Voir Dire of the Jury Venire; Motion to Sequestration of Jury; Motion to Continue |
| 2-4-91 | Continuing Order filed - copy issued to Don Cleveland & Tom Jones |