| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Altered  Case Number |
| --- | --- | --- |
| Form C-7 Rev. 2/79 | | |

Style:

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
| --- | --- |
| 2-21-91 | Motion |
| 2-21-91 | Second Motion for Additional Extraordinary Expenses |
| 3-14-91 | Order filed - copy mail to counsels of record & D.A. |
| 4-13-98 | Motion for An Order |
| 4-22-98 | Order filed - copy mailed to defendant & DA |
| 5-22-98 | Motion for An Order - copy mailed to Judge Segrest |
| 2-22-99 | Motion for An Order "Nunc Pro Tunc" - copy mailed to Judge Segrest |
| 3-3-99 | Order filed - copies mailed |
| 12-2-02 | Motion for Discovery |
| 12-12-02 | Order denying motion for Discovery - copy to def & DA |
| 1-16-03 | Notice of Appeal |
| 1-16-03 | Appeal mailed to Ct of Criminal Appeals, AG, DA & def |
| 1-30-03 | Certificate of Judgment - Appeal dismissed non-appealable |
| 3-4-05 | Motion for Discovery |
| 3-8-05 | Order filed - Denied - copy to DA & def |

| State of Alabama<br>Unified Judicial System<br>Form C-6  Rev 10/88 | **CRIMINAL<br>CASE ACTION SUMMARY** | Case Number<br>CC 90 008 |
|---|---|---|

IN THE ____CIRCUIT____ COURT OF ____RANDOLPH____ COUNTY

☐ STATE OF ALABAMA
☐ City of _____
v.

| Defendant | Address | Distinguishing Features: |
|---|---|---|
| Billy Gay Alls | | SSAN / Sex / Race / DOB / Eyes / Hair / Height / Weight |

| Case Number<br>CC 90 008 | X Jury<br>☐ Non Jury | Date Arrested<br>02-07-90 | X Incarcerated<br>☐ On Bond | Date War/Cap. Issued<br>02-07-90 | Date Committed to Jail<br>02-07-90 |
|---|---|---|---|---|---|
| Charges<br>☐ Misd. ☑ Fel.<br>☐ Mun. Ord. Viol. ☐ App.<br><br>Murder<br>Theft – First Degree | | Prosecutor<br>Milford | Judge ID | Date Released on Bond | Bond Amount |
| | | Attorney(s)<br>Don Cleveland, A<br>Tom Jones, A<br>P.O. Box 1564<br>Auburn AL 36831 | | Date Prelim. Hearing | Bond Type & Sureties |
| | | | | Grand Jury No.<br>67, 68 | |
| | | | | Date of Indictment | |
| | | | | Date of Trial | |

Defendant Index / Court Calendar

Type of Officer: Hawes    ☐ Municipal  ☐ State  ☐ County  ☐ Conservation

Additional Information And Remarks:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-28-90 | Motion for Discovery By the State |
| 3-8-90 | Motion for Discovery (def.) |
| 3-8-90 | Motion for Investigation of Sanity of def. |
| 4/4/90 | Honorable Don Cleveland is hereby appointed... |

Case No. CC 90-008
On this 1st day of March, 1990, the Defendant, Billy Gay Alls, before arraignment, stated he did not have an attorney, had no funds or property with which to pay an attorney, and wanted the Court to appoint an attorney for him. After consideration by the Court, the Court appointed Honorable Tom Jones to represent the defendant upon arraignment and throughout all further proceedings in this case.
At arraignment came Honorable Rea Clark who prosecutes for the State of Alabama. Also came in Open Court the Defendant, Billy Gay Alls, in his own proper person and attended by his counsel, Honorable Tom Jones, and the Defendant being duly arraigned upon said indictments, reading of the indictments being duly waived, for his pleas thereto says, in the presence of and with the consent and approval of his said counsel, that he is not guilty in manner and form as charged.
IT IS THEREFORE ORDERED AND ADJUDGED by the Court that the Defendant, Billy Gay Alls, is hereby remanded to jail or released on bond pending the trial of this matter which is hereby scheduled during the term of Court which commences on April 16, 1990. The Defendant was informed that a pre-trial conference is scheduled in this case on April 4, 1990, at 9:30 a.m., and it will be necessary for said Defendant to be before the Court at that time. Existing bond continues in effect. The Defendant is given thirty (30) days to file any special pleas or motions going to the form of the indictment.

DATED this 1st day of March, 1990.

_Dale Segrest_
DALE SEGREST, Circuit Judge