# THOMAS E. JONES
## ATTORNEY AT LAW

1438 Opelika Road        P.O. Box 1567
AUBURN, AL 36831-1567
334-826-6707



*2 COPY EACH*
*Exhibit 1(C)*

March 18, 2002

Ms. Cheryl L. Rankin
Investigator/Paralegal
P.O. Box 671
Montgomery, AL 36101

Re:    CSP No. 02-259 (A)
        Complaint of Billy Alls

Dear Ms. Rankin:

As an initial statement, I would say that it is my understanding and belief that Mr. Alls complaint is too late. His conviction on a plea of guilty, from which he did not appeal, was dated February 4, 1991, approximately one year from the time he was indicted.

I would also submit that I do not make racial slurs and certainly do not consider myself a racist. I would submit to the bar that I did the best job I knew how as did my co-counsel the Hon. Don Cleveland. I would deny generally the various complaints Mr. Alls made as to my competence, my attitude, and racial statements I allegedly made. I would also deny I was working for the state in any fashion even though the State of Alabama paid my fee, a fee which is to be recovered from the defendant at the time of his release from prison. I am enclosing a copy of the case action summary on each of the two capital murder counts of Mr. Alls. You will please note that the murder during robbery is the capital murder count to which he entered a guilty pleas for each of the offenses of murder and robbery in the first degree. Please note also that the indictment which embraced the two charges of murder and theft I was nolle prossed by the Court.

If you need further information relative to this complaint, please let me know.

Sincerely,

Thomas E. Jones