In the United States District Court Middle District of Alabama

Billy Gay Ails

v.

Gwendolyn Mosley

3:05-CV-1228-F

RECEIVED
2006 APR -7 A 10:01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Petitioner Appeal of
Order Issued 3-28-06

Into this Court come Billy Ails (Ails) by and through himself and does now Appeal the order by Magistrate (Walker) where in she denied Petitioner Timely and valid Request that the Respondant be instructed that they need to comply with 28 USC § 2249. the Required Record to be filed in Repling to A habeas Corpus 28 USC § 2254 And Also Rule #5 of the Rule governing 28 USC § 2254 Also the holding in Bundy v Wainwright 808 F 2d 1410 N's 4, 7, 2254 (d) (d)(8) And Circuit Justice Godbold's opinion § 2 PARA 2 on FRHP Rule #5 Sub-PARA clearly the Exhibit A submitted by Respondants which have clearly been altered do not give any showing of the fact to dispute petitioner claims and said Exhibit document and Record have Walker confused (as she stated in the Footnote in the order for petitioner to show cause.

Clearly Ails cannot properly litigate this his now attempt to obtain Justice if the trial court is being allowed to violate the holding of the United States Supreme Court Brady v Maryland. 10 Led 2d 215 Also The United States Congress, 28 USC §§ 2243-2247, 2249, And the Rule governing §2254 And Also Justice Godbold's holding within

Bundy v. Wain Wright, 808 F.2d 1410 (11th Cir. 1987) clearly to allow the Respondant to conceal and to alter document to confuse the court is not only a gross violation of Petitioner clearly established right and state and federal law or a rubber stamp to the total disrespect for the United States Constitution and Congressional Intention + Law by the currupt judicial system of Alabama there by becoming like it. Clearly Alls is entitled to seek Justice to over come the Racial motivated conviction and sentence of at least the charge of Robbery 1st a charge he was never under indictment for plus the clearly apperant inffective assistance of Counsel by Thomas Jones.

Alls Appeal to and seek Justice from the Honorable District Judge Mark Fuller.

Alls would again aver under the penalty of per jury that each and every claim and state made are true and factual in this instant cause, Alls would submit that the case law statuter and Rule governing 28 USC § 2254 do up hold this instant and timely Request in the Interest of Justice.

Executed April, 1, 2006

Copies to
File
Yvonne Saxon

Respectfully submitted

Billy Alls

Billy Alls