2   original Copy from
Jones Thru The State Bar

2 Copy

| Alabama Judicial System Rev. 2/79 | CASE ACTION SUMMARY CONTINUATION | Case Number |

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 2-21-91 | Motion |
| 2-21-91 | Second Motion for Additional Extraordinary Expenses |
| 3-14-91 | Order filed - copy mailed to counsels of record & D.A. |
| → 4-13-98 | Motion for An Order |
| 4-22-98 | Order filed - copy mailed to defendant & DA |
| 5-22-98 | Motion for An Order - copy mailed to Judge Segrest |
| 2-22-99 | Motion for An Order "Nunc Pro Tunc" - copy mailed to Judge Segrest |
| 3-3-99 | Order filed - copies mailed |

After Tom Jones let Terry _____ going free in 5 year

| State of Alabama<br>Unified Judicial System<br>Form C-6   Rev 10/88 | CRIMINAL<br>CASE ACTION SUMMARY | Case Number<br>CC 90 007 |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____RANDOLPH_____ COUNTY

- ☐ STATE OF ALABAMA
- ☐ City of _____
  
  v.

**Distinguishing Features:**

SSAN: 

| Sex | Race | DOB | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|---|
| | | | | | | |

| Defendant | Address | | |
|---|---|---|---|
| Billy Gay Alls | | Date War/Cap. Issued<br>02-07-90 | Date Committed to Jail<br>02-07-90 |

| Case Number<br>CC 90 007 | X Jury<br>  Non Jury | Date Arrested<br>02-07-90 | X Incarcerated<br>  On Bond | Date Released on Bond | Bond Amount |
|---|---|---|---|---|---|
| Charges<br>☐ Misd.  ☒ Fel.<br>☐ Mun. Ord. Viol.  ☐ App. | | Prosecutor<br>Milford | Judge ID | Date Prelim. Hearing | Bond Type & Sureties |
| Capital Murder<br>(Murder during robbery in the first degree) | | Attorney(s)<br>Tom Jones, A<br>Don Cleveland, A | | Grand Jury No.<br>66 | |
| | | | | Date of Indictment | |
| | | | | Date of Trial | |

| Defendant Index | Court Calendar | |
|---|---|---|
| Type of Officer: Hawes | ☐ Municipal  ☐ State<br>☒ County   ☐ Conservation | |

**Additional Information And Remarks:**

| DATE | ACTIONS, J |
|---|---|
| 2-22-90 | Motion for Discovery By the State |

Case No. CC 90-007
On this 1st day of March, 1990, the Defendant, Billy Gay Alls, before arraignment, stated he did not have an attorney, had no funds or property with which to pay an attorney, and wanted the Court to appoint an attorney for him. After consideration by the Court, the Court appointed Honorable Tom Jones to represent the defendant upon arraignment and throughout all further proceedings in this case.
At arraignment came Honorable Rea Clark who prosecutes for the State of Alabama. Also came in Open Court the Defendant, Billy Gay Alls, in his own proper person and attended by his counsel, Honorable Tom Jones, and the Defendant being duly arraigned upon said indictments, reading of the indictments being duly waived, for his pleas thereto says, in the presence of and with the consent and approval of his said counsel, that he is not guilty in manner and form as charged.
IT IS THEREFORE ORDERED AND ADJUDGED by the Court that the Defendant, Billy Gay Alls, is hereby remanded to jail or released on bond pending the trial of this matter which is hereby scheduled during the term of Court which commences on April 16, 1990. The Defendant was informed that a pre-trial conference is scheduled in this case on April 4, 1990, at 9:30 a.m., and it will be necessary for said Defendant to be before the Court at that time. Existing bond continues in effect. The Defendant is given ten (10) days to file any special pleas or motions going to the form of the indictment.

DATED this 1st day of March, 1990.

Dale Segrest, Circuit Judge

| 4/4/90 | Honorable Don Cleveland is hereby appointed as counsel of record in this matter, |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5-11-90 | Order filed - Pre-trial Conference set for Thurs. June 14, 1990 @ 9:00 a.m. - Copy to D.A., S.O., & attorneys of record, & Jeffrey Allen |
| 6-13-90 | State's Response to Defendant's Motion for Discovery |
| 6-14-90 | Motion for Funds to hire reinvestigator |
| 6-14-90 | Order filed - copy taken to D.A. & mailed to Tom Jones & Don Cleveland |
| 6-21-90 | Order for Outpatient Evaluation of Competency to Stand Trial and Mental State At The Time of the Offense - copy mailed to attorneys, S.O., Taylor Hardin |
| 8-30-90 | Letter from Billy Allen copy mailed to Judge Segrest - note to Billy Allen |
| 9-12-90 | Evaluation from Taylor Hardin Secure Medical Facility |
| 9-13-90 | Copy of evaluation mailed to Tom Jones |
| 9-17-90 | Order filed - Pre-trial conference - Thur. Nov. 15, 1990 @ 1:30 p.m. - Trial Monday, February 4, 1991 @ 9:00 a.m. - copy mailed to Tom Jones, Don Cleveland, D.A. & S.O. & Jeffrey Allen |
| 11-2-90 | Motion for Additional Extraordinary Expenses |
| 11-15-90 | Order filed - copy mailed to Tom Jones, Don Cleveland & D.A. |
| 12-11-90 | Motion for Supplemental Discovery - copy mailed to Judge Segrest |
| 12-19-90 | Order filed - copy mailed to D.A. & attorneys |
| 12-27-90 | State's Response to Defendant's Motion for Supplemental Disc. |
| 1-23-91 | Petition for Certification of Materiality of Out-of-State Witness |
| 1-__-91 | Motion for Individual Voir Dire of the Jury Venire; Motion |