Docket #12. P2 of 12

| | |
|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** |

Case Number: [redacted]

Style: _____  Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-21-91 | Motion |
| 2-21-91 | Second Motion for Additional Extraordinary Expenses |
| 3-14-91 | Order filed - copy mail to counsels of record & D.A. |
| 4-13-98 | Motion for An Order |
| 4-22-98 | Order filed - copy mailed to defendant & DA |
| 5-22-98 | Motion for An Order - copy mailed to Judge Degnest |
| 2-22-99 | Motion for An Order "Nunc Pro Tunc" - copy mailed to Judge Degnest |
| 3-3-99 | Order filed - copies mailed |
| 12-2-02 | Motion for Discovery |
| 12-12-02 | Order denying motion for Discovery - copy to def & DA |
| 1-16-03 | Notice of Appeal |
| 1-16-03 | Appeal mailed to Ct of Criminal Appeals, AG, DA & def |
| 1-30-03 | Certificate of Judgment - Appeal dismissed non-appealable |
| 3-4-05 | Motion for Discovery |
| 3-8-05 | Order filed - Denied - copy to DA & def |

| State of Alabama<br>Unified Judicial System<br>Form C-6   Rev 10/88 | **CRIMINAL<br>CASE ACTION SUMMARY** | Case Number<br>CC 90 008 |

IN THE ___CIRCUIT___ COURT OF ___RANDOLPH___ COUNTY

- [ ] STATE OF ALABAMA
- [ ] City of _____
  v.

**Defendant:** Billy Gay Alls

**Address:**

**Distinguishing Features:**

**SSAN:**

| Sex | Race | DOB | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|---|
| | | | | | | |

**Date War/Cap. Issued:** 02-07-90
**Date Committed to Jail:** 02-07-90

**Case Number:** CC 90 008
**Jury:** X / Non Jury
**Date Arrested:** 02-07-90
**Incarcerated:** X / On Bond
**Date Released on Bond:**
**Bond Amount:**

**Charges:** [ ] Misd. [X] Fel. [ ] Mun. Ord. Viol. [ ] App.

Murder
Theft - First Degree

**Prosecutor:** Milford
**Judge ID:**
**Date Prelim. Hearing:**
**Bond Type & Sureties:**

**Attorney(s):** Don Cleveland, A
Tom Jones, A
P.O. Box 1564
Auburn AL 36831

**Grand Jury No.:** 67, 68
**Date of Indictment:**
**Date of Trial:**

**Defendant Index:**

**Court Calendar:**

**Type of Officer:** Hawes   [ ] Municipal  [X] County  [ ] State  [ ] Conservation

**Additional Information And Remarks:**

| DATE | ACTIONS, JU... |
|---|---|
| 2-28-90 | Motion for Discovery By The State |
| 3-8-90 | Motion for Discovery (def.) |
| 3-8-90 | Motion for Investigation of Sanity of def. |
| | |
| | |
| | |
| | |
| 4/4/90 | Honorable Don Cleveland is hereby appointed as counsel of record in this matter |

Case No. CC 90-008
On this 1st day of March, 1990, the Defendant, Billy Gay Alls, before arraignment, stated he did not have an attorney, had no funds or property with which to pay an attorney, and wanted the Court to appoint an attorney for him. After consideration by the Court, the Court appointed Honorable Tom Jones to represent the defendant upon arraignment and throughout all further proceedings in this case.
  At arraignment came Honorable Rea Clark who prosecutes for the State of Alabama. Also came in Open Court the Defendant, Billy Gay Alls, in his own proper person and attended by his counsel, Honorable Tom Jones, and the Defendant being duly arraigned upon said indictments, reading of the indictments being duly waived, for his pleas thereto says, in the presence of and with the consent and approval of his said counsel, that he is not guilty in manner and form as charged.
  IT IS THEREFORE ORDERED AND ADJUDGED by the Court that the Defendant, Billy Gay Alls, is hereby remanded to jail or released on bond pending the trial of this matter which is hereby scheduled during the term of Court which commences on April 16, 1990. The Defendant was informed that a pre-trial conference is scheduled in this case on April 4, 1990, at 9:30 a.m., and it will be necessary for said Defendant to be before the Court at that time. Existing bond continues in effect. The Defendant is given thirty (30) days to file any special pleas or motions going to the form of the indictment.

DATED this 1st day of March, 1990.

DALE SEGREST, Circuit Judge

# THOMAS E. JONES
## ATTORNEY AT LAW

1438 Opelika Road          P.O. Box 1567

AUBURN, AL 36831-1567
334-826-6707

MAR 2002
RECEIVED
OFFICE OF
GENERAL COUNSEL
ALABAMA
STATE BAR

March 18, 2002

Ms. Cheryl L. Rankin
Investigator/Paralegal
P.O. Box 671
Montgomery, AL 36101

Re:    CSP No. 02-259 (A)
       Complaint of Billy Alls

Dear Ms. Rankin:

As an initial statement, I would say that it is my understanding and belief that Mr. Alls complaint is too late. His conviction on a plea of guilty, from which he did not appeal, was dated February 4, 1991, approximately one year from the time he was indicted.

I would also submit that I do not make racial slurs and certainly do not consider myself a racist. I would submit to the bar that I did the best job I knew how as did my co-counsel the Hon. Don Cleveland. I would deny generally the various complaints Mr. Alls made as to my competence, my attitude, and racial statements I allegedly made. I would also deny I was working for the state in any fashion even though the State of Alabama paid my fee, a fee which is to be recovered from the defendant at the time of his release from prison. I am enclosing a copy of the case action summary on each of the two capital murder counts of Mr. Alls. You will please note that the murder during robbery is the capital murder count to which he entered a guilty pleas for each of the offenses of murder and robbery in the first degree. Please note also that the indictment which embraced the two charges of murder and theft I was nolle prossed by the Court.

If you need further information relative to this complaint, please let me know.

Sincerely,

Thomas E. Jones