N THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437,            ) | |
| )  | |
| Petitioner,            ) | |
| )  | |
| v.            ) | CASE NO. 3:05-cv-1228-MEF |
| )  | |
| GWENDOLYN MOSLEY, *et al.*,            ) | |
| )  | |
| Respondents.            ) | |

## **O R D E R**

This cause is before the Court on the petitioner's Appeal of Order Issued 3/28/06 (Doc. #27) filed on April 7, 2006.  Specifically, petitioner objects to the Magistrate Judge's order of March 28, 2006 (Doc. #22) denying petitioner's motion for correction of the record. After an independent review of the Magistrate Judge's order and the petitioner's objection, the Court finds that the Magistrate Judge's order is  neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #27) is OVERRULED.  It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 12th day of April, 2006.

                                                  /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE