In The United States District Court
Middle District of Alabama

RECEIVED
2006 MAY 24, A 9:42

Billy Allis

Gwendolyn Mosley

3:05-CV-1228-F

Petitioner Request that the Clerk be Instructed to comply with the Statute 28 USC § 2250:

Into this Court comes Billy Allis (Allis) and would now move this Court to Issue the Proper Order Directing the Clerk to Submit unto Allis A Copy of the Docket Sheet of this instant cause with out charge pursuant to 28 USC § 2250.
 Allis is an Idigent Petitioner Proceeding in forma Pauperis § 1915.
And is in need of a true copy of the Docket Sheet to Properly Compile his Record of this on going case and for proper litigation.
Allis is entitled to a copy of any and all documents pretaining to this instant petition with out any payment of a fee, Just as the Respondant Are Provided so shall all parties be supplied with

①

Alls vital Court Document with out being taxed with a Fee by the Clerk.

Alls if he had access to a computer could in fact access and down load any and all parts of this Instant case with out being taxed with a FEE.

There fore Alls does now seek equal treatment by the Court as an active Party Proceeding in forma pauperis he is entitled to equal and adequate access to free Documt in this Case which was the Congressional Intent when it did Compile 28 USC § 2250 in the United states Judicial system.

Alls Request a timely Respone.

executed 5-22-06

Respectfully submitted
_Billy Alls_
Billy Alls       I.E.O.P.


Certificate of Service

A copy of this Petitione Request has been filed on the Attorney for Respondant by placing same in the Legal mail system at E.C.F. done on May 22, 2006

(2)