IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437           *

    Petitioner,                              *

    v.                                            *     3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                          *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's pleading filed May 24, 2006, which the court construes as a Motion for Status, and for good cause, it is

ORDERED that the motion (Doc. No. 29) be and is hereby GRANTED.

The Clerk is DIRECTED to send to Petitioner a copy of the docket sheet for the above-captioned case.

DONE, this 2nd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE