IN The United State District Court Middle District of Alabama

Billy Gay Allis
   V
Gwendolyn Mosley

3:05-CV-1228-F

RECEIVED
2006 JUN -8 A 9: 43

Petitioner Explaination of this Instant Action

Into this Court comes Billy Allis (Allis) by and thru him self. And would offer the following true explaination of the inclosed document filed in the Circuit Court of Randolph County Ala (CC-90-007-60)(CC-90-008-60) Pending Post conviction Petition, Rule 32
Allis feel that pursuant to the fact that the attorney for the Respondants Ms. Yvonne Saxton did argue fact pretaining to said pending petition with in her reply to the show cause issued in this above named and numbered case that he (Allis) Should afford the State of Alabama one (1) final opperfunity to correct the gross miscarriage of Justice.

cc. Att. Gen. office
cc. File

Respectfully Submitted
Billy Allis
Billy Allis

Done this 7 day of June 2006