IN The Circuit Court of Randolph County
State of Alabama

Exparte
Billy AllS                          CC-90-007
In Re                               CC-90-008
State of Alabama
    V
Billy AllS

Petitioners Request For A
Judgement by Default

Into this Court Come Billy AllS (AllS) And does now move this Honorable Court to for good cause shown issue A Judgement by Default In Favor of AllS. AllS now presents both Indesputable Fact And State And Federal Law and Statuted to up hold this Instant Petition. (To wit)

-A- AllS Filed A Rule 32 Petition For Relief of his Illegal Conviction And Sentence on the 11 day of April 2005 where in he Raised many Valid Jurisdictional Issues, Concerning his In valid Guilty Plea given on 2-4-91 Due to the Gross misconduct of Attorney Thomas Jones.

1

-B- On 26 April 2005 Judge Tom Young did then grant Alls Request to Proceed in Forma Pauperis and also order the Clerk to serve a copy of this Petition upon the District Attorney.

-C- The District Attorney has totally Ignored not only this Instant Petition but also the Clearly Established State Statute Rule 32.7(A) Prosecutor Response within 30 day after service of the Petition or within the time otherwise specified by the court the D.A. Shall File with the Court and send to the Petitioner a Response "Also see Hughley v State 615 So 2d 1244 Response by the D.A. must be Required, otherwise the court erred, is enough to cause Reversal; Glass v State 627 So 2d 1096; Plus Gay v State 624 So 2d 1389

-D- As to the Alleged Statute of Limitation or Procedural Bar ▓▓ neither one hold any power over this Instant Petition now Pending see

2

Eiland v State 668 So 2d 147 & Nicaslo v State 624 So 2d 665 Rule 32.2(C) Garner v City of Brewton 668 So 2d 52, ▓ Plus Nelson v State 2002 WL-31628 768, AlA, App, 2003 WL ▓ 21205837 AlA. Supreme

-E- The court now must except each and every issue and claim made by petitioner as true and factual the U.S. Supreme court help in Cooper v Pate 378 U.S. 546, 84 Sct 1733) 12 Led 2d 1030 opinon the trial court must except allegation as true, when no dispute is offered by the defendant and (ie) The District Attorney

-F- The court must now grant the relief sought within the pending Rule 32 Petition be granting this Default Judgement for good cause show this Gross miscarriage of Justice is due to he Rendered null and void.
This motion for Judgment by Default is now due to be Granted and Alls is due to Receive the Relief Requested within the Rule 32 Petition for Relief of Judgment and sentence.

## Reason For Granting Motion

This motion is due to be Granted And the Relief Requested within the Rule 32 Petition is due to correct the Gross miscarriage of Justice.

-1- Allis was clearly coerced into entering a plea of Guilty by his Defense Attorney Thomas Jones see McLeod v State 718 So 2d 727 Also Rule 14.4(2)(b) Clark v State 294 Ala. 485 318 So 2d 805 Also see Shouldecsy v State 703 So 2d 1017 on Ineffectiveness of Counsel claim Plus Exparte Besselear 600 So 2d 978.

-2- Allis does have the Constitutional and statutorial Right to withdraw his involuntary plea see Nelson v State WL 21205837 Ala Sup Ct 2003" Also Cantu v State 660 So 2d 1026 And Exparte Pardue 797 So 2d ____

-3- Allis Filed his Pending Petition Rule 32 on the 11 day of April 2005 (Pursuant to the Instruction given to him by Attorney Jones) to Plea Guilty to CC-90-007 Receive A Sentence of 20 years he would be Released on Parole After 8 years "Allis not being educated in the matters of Law did

4

not truly beleive Jones But he did what Jones instructed the Records will show that Allis did not file any litigation into his case until 4-13-98 when he begain to seek the case records from the Circuit Clerk and Jones also.

-4- Allis did not appeal or attack his conviction due to the very real theart of the possibility of a Death Penaity made by Judge Segrest within his sentencing order.

-5- Allis was also denied the case files by this court there by causing him a greater handy cap in seeking Justice in this instant cause.

-6- This court has ignored this timely petition and the true merits of the issues raised and is now due to granted and this gross miscarriage of Justice corrected by vacating Allis illegal conviction.

-7- Judge young being the preciding Judge in this matter knows or should know that this instant petition Rule 32. must be view in favor of the petitioner Allis and is now due to be granded.

## Conclussion

In concluding this instant motion Alls is now attempting to give Randolph County Circuit Court to correct this gross miscarriage of justice.

Respectfully Submitted

*Billy Gay Alls*
Billy Gay Alls  Pro se

## Certificate of Service

I certify that copies of this instant motion has been served upon the Clerk of the United State District Court Middle District of Ala. Case 3:05-CV-1228-F Also to the Attorney General office Yvonne A.H. Saxon Attorney for the Respondant with in 3:05-CV-1228-F done this 7 day of June 2006 by placing same in the Legal mail system at Easterling C.F.

*Billy Alls*
Billy Alls Pro se