IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437                 *

    Petitioner,                                        *

v.                                                        *        3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                                    *

_____

**ORDER ON MOTION**

Pending before the court is a pleading filed by Petitioner on June 8, 2006 which the court construes as a Motion for Leave to File a Motion for Default Judgment. (Doc. No. 31). Upon consideration of the June 8 pleading and the attached proposed motion for default judgment, and in light of the pleadings and documents heretofore filed in this matter, it is

ORDERED that the Motion for Leave to File a Motion for Default Judgment (Doc. No. 31) be and is hereby DENIED.

DONE, this 12th day of June, 2006.

                    /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE