The United States District Court
Middle District of Alabama

Billy Gay Alls
v
Gwendolyn Mosley

3:05-CV-1228-MEF

Petitioners Appeal of The
Order by Magistrate

Into this Court Comes Billy Alls (Alls) by And Thru Him Self And would now Appeal said order (Doc 32) As Issued by Magistrate (Walker) on 12 June 2006 In Re (Doc 31) This order is Frivolous And Walker has No Jurisdiction to Issue Any type of Order Upon A motion Filed With In the Circuit Court of the County of Randolph That Pretains to the Pending Rule 32 Post Conviction In that County, had Walker Read And Understood The Explaination (Doc 31) Served in this Court on 8-June 2006 She would have or Should have Known that Alls did in good Faith Notify, This Court that due to the Fact that his Previously Filed Post Conviction Petition Rule 32" was Still Pending Alls Felt that he Should give the Randolph County Circuit Court (State of Ala) one Final Oppertunity to handle

1 of 3

And Correct this gross miscarriaged Justice
Alls did also feel that he Should notify this Hon. Court of his Action on the Pending Rule 32 In the State Court CC-90-007-60 & CC-90-008-60 There fore Alls did File (Doc 31) An Explaination of his Action Into This Court (Doc 31) and Inclosed Copies of the motion Filed In the Circuit Court of Randolph County Alls had been under the Impression that Said Petition had been Denied by the Court of Criminal Appeals of Alabama until the Respondants Attorney (Saxon) Stated In her Response (Doc 17) that it was still Pending In the State Court.

Alls Felt that Pursuant to the Requirement of Exhaustion of his State Remedies that he Should Aford Judge Thomas Young of the Circuit Court of Randolph Count one more Fair And Full oppertunity to Correct The gross miscarriage of Justice Allowed by The Circuit Court Judge Dale Segrest In the original Coerced Plea hearing.

Alls Filed This Pending Rule 32 Petition on April, 11, 2005 It has never been Ruled on by the Circuit Court Judge Thomas young.

2 of 3

Allis does now protest the Action by Walker And Ask that this Frivoless order (Doc 32) be declared moot

Do to the Complete Lack of Jurisdiction by Walker To Issue Any Type of Order (Judgment) In And on A State Court motion.

(Doc 32) Walker frivoless And Improper order Is due to the Lack of Attention being given To this Instant Habeas Corpus Petition And The Clearly Established Federal Judicial System 28 USC § 2241 Thru. 2254 Plus The Rules governing Habeas Corpus 28 USC § 2254 This Appeal to the District Court Judge M. E. Fuller is due to be granted for good cause shown.

Executed 6-16-06
CC File
CC Yvonne Saxon
Att. Gen

Respectfully Submitted
*Billy Gay Allis*
Billy Gay Allis 161437
Easterling C.F. 7A-130
200 Wallace Drive
Clio, Ala. 36017