IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437                *

    Petitioner,                              *

v.                                              *        3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                          *

_____

**ORDER**

For good cause, it is

ORDERED that the court's order entered June 12, 2006 (Doc. No. 32) be and is hereby VACATED.

The Clerk is DIRECTED to take all necessary steps to amend the court docket to reflect that the attachment to Petitioner's June 8, 2006 pleading (Doc. No. 31 - *Petitioners' Explanation of This Instant Action*) is an exhibit in support of the pleading.

DONE, this 22nd day of June, 2006.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE