N THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437,  ) | |
| ) | |
| Petitioner,  ) | |
| v.  ) | CASE NO. 3:05-cv-1228-MEF |
| ) | |
| GWENDOLYN MOSLEY, *et al.*,  ) | |
| ) | |
| Respondents.  ) | |

# **O R D E R**

This cause is before the Court on the "Petitioner's Appeal of Order by Magistrate" (Doc. #33) filed on June 19, 2006. Specifically, Petitioner objects to the Magistrate Judge's order (Doc. #32) of June 12, 2006 denying Petitioner's motion for leave to file a motion for default judgment. On June 22, 2006, the Magistrate Judge entered an order (Doc. #34) vacating its June 12 order. As a result, it is hereby

ORDERED that petitioner's objection (Doc. #33) is OVERRULED AS MOOT. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 23rd day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE