In The United States District Court
Middle District Alabama

Billy Gay Alls

v

Gwendolyn Mosley

RECEIVED
2006 JUN 27 A 10: 24

3:05CV1228-MEF

### Petitioner Request For The Magistrate Walker Recusal

Into this court comes Billy Alls (Alls) by and thru himself and would now move Magistrate Susan Russ Walker to Recuse herself from this habeas proceeding for good cause as shown here after. Alls would show the following issues as reason for the Recusal by Walker.

(1) The Inadiquate order to show cause (Doc 4) filed 1-9-06 and the ignoring of the clearly established Rules R5. governing habeas procedure and 28 USC §§§ 2247, 2248, 2249 and 28 USC § 2254.

(2) The Refusal to Appoint counsel (Doc 10)(Doc 14).

(3) The neglect of duty to seek the case records to properly review the claim presented.

(4) The denial of due process by the attempt to hinder Allis prusuit for Justice by the blind use of a technicality without full and proper understanding of the fact, see (Doc. 4) (Doc. 12) (Doc. 14):

(5.) The Altered Records presented by The Respondants, (Doc 19).

(6.) The Appearant Failure to completely read and understand the pleading submitted by Allis (Doc. 19)

(7.) Allis does now feels that Walker has a clearly biased and negative attitude toward him in this instant habeas petition and has every intention of ruling against him in favor of the named Respondant Gwendolyn Mosley (a sister of the Eastern Star) Walker has by her action clearly ignored the clearly established federal law and the Congressional Intent within 28 USC §§ 2254 Rules as well as 28 USC §§ 2247, 2248, 2249, by and through her order see (Doc. 11) (Doc. 12) (Doc. 22) plus the Eleventh Circuit Court of Appeals holding within Bundy v Wainwright 808 F2d

Clearly the Technicality Raised by Walker (28 USC 2244(d)) does not apply in this Instant Action due to the Lack of a Final Decision being Issued with In The State's Case CC-90-007 & CC-90-008 due to the Clearly Valid Action Alls has it seems Still is Pending In the Circuit Court of Randolph County ALA. According to Respondants Attorney Yvonne Saxon (Doc 17).

Alls Feels that the Errors that show within Walker handling of this Instant habeas Action does Indicate that She Shall Recuse herself In the very Interest of Justice.

cc File

Respectfully Submitted
*Billy Gay Alls*
Billy Gay Alls #161437

Executed 6-26-06

Certificate of Service

I Certify that a copy of the afore going has been Filed on Yvonne Saxon by placing same in the Legal mail system at E.C.F.