IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS,  #161 437           *

    Petitioner,                                  *

    v.                                                    *       3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                               *

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Recusal filed by Petitioner on June 27, 2006 (Doc. No. 36) and as Petitioner has presented no meritorious basis for recusal of the undersigned from this cause of action, it is

ORDERED that Petitioner's Motion for Recusal (Doc. No. 36) be and is hereby DENIED.

DONE, this 29th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE