In the United State District Court
middle District of AlaBama

Billy Gay Ails
V                                3:05-CV-1228-F
Gwendolyn Mosley

Petitioner Appeal of the
Magistrate order (Doc 37)

Into this Court Comes Billy Ails (Ails) by and through himself and does now appeal the order (Doc. 37) by Magistrate (Walker) Dening the valid and timly Request for Her to Recuse Herself From this Instant habear Action For good cause show (To wit)

A. Walker has Continnally Ignored and Also deliberatly the clearly Established statute law and section of the Judicial Code enacted by the U.S. Congress 28 USC §§ 2247, 2248, 2249 A well as 28 USC 2254 And the very Rules Governing Habeas Coupus Procedure. Rule 5 Also the court opinion within Bundy Vs Wainwright 808 ▮▮ F 2d 1401 ▮ (Doc. 4) (Doc. 1)

1 of 3

B. Walker has also exhibited a biased and prejudicial opinion of inmate who are incarcerated at Easterling C.F. In most all of the proise case filed by E.C.F. inmate Allis feels that this unprofessional attatude is due to the Warden at E.C.F. the lead Respondant here in is a sister within the sisterhood of the Eastern Star), The oath by member forbid the holding of an opinion contrary to one sister by and other sister.

This fact would bring into question any ~~...~~ and all opinions by Walker that are in any way not fully up hold by Statutes Rule and Law that are clearly Establish.

C. Walker has Denied Allis Right to Discovery And has Ignored the clearly obvisious and shown fact that, The Respondant Attorney did enter submit, Documented Case filed that had been Altered (Doc 14) (Doc 15) And Walker has Admitted that The Partial Record submitted by the Respondant has her confused as to the Vital Facturl Issues This Instant ~~...~~ Action (Doc 19)

D. WALKER has Also Denied Alls the Right to Assistance of Counsel to handle this now Complexed Case, due to the State Action within A Rule 32 Post Conviction that Alls believed was dead CC-90-007.60; 008.60 Pending in Randolph County Circuit Court Sence 4-11-05.

E. WALKER has Erroneously mis Read And mis-understood AN Explaination Filed by Alls informing this Court of his Response to the State within said State Action Pending (Doc 31)(Doc 32)(Doc 34)

Alls Feels that WALKER has A deliberate And biased Pre-concived opinion in this Case And In the very Interest of Justice WALKER Should now be Recused.

Executed 7-10-06
CC Yvonne Saxon
CC File

Respectfully Submitted
Billy Gay Alls
Billy Gay Alls