IN The United States District Court
Middle District of Alabama

Billy Gay Allis,
V
Gwendolyn Mosley

3:05-CV-1228-F

## Motion For Appointment Of Counsel

Into this Court Come Billy Allis (Allis) by And Through himself And would move This Hon. Court For Appointment of Counsel in This now Complicated Pursuat For Justice Allis would Show The Following Reasons.

A. Allis is uneducated in Legal matter And has A very Limited Access To A Law Library At E.C.F.

B. Allis is Now Forced to litigate in two differant Court due to the State Court Now Ressuming Action in A Rule 32 Petition Filed on April 11, 05 which Allis believed to be dead (Doc 31) Explain Allis Action There in.

C. Allis is in Need of Legal Assistance And is Also entitled to the Appointment of same due to These

due to the complex fact the total lack of any Record in this instant case; The Indictment true Transcript (coloquy) of the Plea hearing Absolutely no Documented Evidence Alleged use by The State.

D. Allis can not present any type of Proof to uphold his claim due to his being unable to obtain any Access to the Records of this case from the trial court. Due to magistrate Walker Refusal to Issue an order that Respondant comply with the very Rule of habeas Corpus Procedure Rule 5 Also the Federal Judicial Statutes within 28 USC §§ 2247, 2248, 2249.

E. Allis is being Denied his Constitutional Right to a Full And fair hearing; The Right of Equal Protection of Law by And through the obvious conspiricitoral Action by Walker And this District Court in this instant habeas Action because the Statutes And Law clearly state that the Respondant must submit the indictment, The Transcript And several other Item Pretaining to the trial in which the Now challenged Conviction And sentence was obtained

AIIS Would ASK is this truly A Court of Record Sworn to UPhold the Statutes Laws And All The Previsions There of And The Constitutional Right of the Citizens. OR

IS this Court mearly A Rubber Stamp to Cover the gross mis CARRiAge of Justice by the truly RACest, Biase, PreJudicial Action of the Judge (gods) of AlABama (Roy moore)

AIIS Now seek A Just And true Reply From this court And the APPointment of counsel to ASSist him in his PURSuit There of.

Executed 7-10-06
CC Yvonne SAXON
CC File

Respectfully submitted
Billy Gay AIIS
Billy Gay AIIS