IN The United State District Court
middle District of AlaBama

RECEIVED

Billy Gay Alls        2006 JUL 25 A 9: 32    3:05-CV-1228-F
      V
Gwendolyn mosley et Al

memoRANdum


Billy Alls does Now Serve upon this Court And the
RespondAnts Attorney the Following Status of The
oN going LitigAtion With in The State Court on
the Rule 32 Post Conviction Petition
(CC-90-7-60)(CC-90-8-60) Filed on APril 11, 2005 And
Still Pending iN Randolph County Circuit Court. The
State has begiAn LitigAting This pending Petition
And the Following Action has been taken. (To wit)


1. Alls Filed A motion For Default Judgement in The
Circuit Court of the Presiding Judge Tom young And
A motion For Discovery WAS Also filed This Court
WAS INFormed of this Action by Alls (Dec 31)
2. Since that Time A Judge Ray martin has
Illegally And with out subject matter Jurisdiction
iN this

1 of 2

INStANt CAUSe Issued AN oRdeR DeNiNg the Rule 32 Petition that is Pending on the tRiAl Docket of Judge Tom youNg AS The Records will clearly Show.

3 AllS has filed AN INteRLocutoRy APPeAl CR-05-1958 in the CRimiNAl CouRt of APPeAl of AlAbama COPY of SAme inclosed,

4 AllS is AgAiN being DeNied PRoceduRAl due PRocess ANd his ConstitutionAl Right to A Full And FAiR heaRing on the meRit of the Issues AlSo The CleaRly EStAblished Statutes LAWS And SuPReme Count holding,

AllS Now iNfoRms This CouRt of the StAte Action

Executed 7-24-06
cc File
cc yvoNNe SAXON

Respectfully submitted

Billy Alls

Billy AllS    PRoise