IN The Circuit Court of Randolph County
STATe of AlaBama

Billy Gay Alls

v.

STATe of AlaBama

Notice of this Interlocutory Appeal

RECEIVED
2006 JUL 25 A 9:32

## Notice

Into This Court Come Billy Alls (Alls) by and Through himself and does now serve notice upon The Above Named Court That an Interlocutory Appeal is being Taken from The Bogus And Bias order from Judge Ray Martin (Martin) within This Instant cause being Litigated on the Court Docket of Judge Tom F. young Jr. (CC-90-007.60)(CC-90-008.60):

Martin wilfully And unethically Interferred in And on going Criminal (civil) litigation before Judge Tom young There fore This Interlocutory Appeal to the Court of Criminal Appeal of Alabama.

Executed 7-17-06
cc. Court of Appeal
cc. File

Respectfully submitted
*Billy Gay Alls*
Billy Gay Alls