IN The Circuit Court Randolph County Alabama

Billy Gay Aiis
  V
State of Alabama

RECEIVED
2006 JUL 25 A 9:32
U.S. DISTRICT COURT

Interlocutory Appeal
From CC-90-7.60 - 8.60
App No. CR-05-1953

Memorandum Brief In Support
of the Interlocutory Appeal

Billy Gay Aiis (Aiis) does now Aver that the following Fact and Laws do clearly support his claim that The Erroneous Illegal Action by Ray Martin (Martin) is not now nor can it ever be considered a Final In this case.

## Fact & Laws

1. This instant Cause Rule 32 Petition was filed on April 11, 2005 And Assinged to the trial Docket of Judge Tom F. Young JR. (young).

2. On April 26, 2005 Judge young Issued An order granting Aiis motion to Proceed in Forma Pauperis And instructed The Clerk to serve this Petition on The Prosecutor.

3. As Further Proof that This Case was on young Trial Docket see Expart Aiis CR-cu-2427 Ala App-9-6-05 Also Exparte Aiis 1050149 Sup. Ct 11-9-05 where In Judge Tom young JR. is named As Presiding Judge

Allis would also present that the Action by Martin Violates The very Rule of the Judicial System of the State of Alabama Rule of Pratice And Assignment of Judge see ExParte Kirby 784 So 2d 290 (2000) Also Williams V State 175 So 697; 27 Ala App 525 the Rule Are To Insure An orderly Administration of Justice by The Judicial System.

The Improper unProfessional Action by Martin InterFerrence in Judge Young Trial Docket.

Is this not A total Disregard of the very Oath of office + the Constitution of Both Alabama And the United State? See Cooper V Aaron 358 US 1 78 Sct 1401 Also Schener V Rhodes 416 US 232; 94 Sct 1683; Plus see 15-12-21(e) Code of Ala 1975 ExPart Bush 796 So 2d 383; ExParte Galanos 796 So 2d 390.

Allis does Also State that the Circuit Clerk has Committed A Gross Error in the Document She Filed with the Court of Criminal Appeal by Either Accidentally or Intentionally Listing Ray Martin As the Judge in this instant Cause notice of ~~____~~ Error Filed by Allis on 7-21-05 with A Copy to All Partie being ~~_____~~ Mailed

2

AllS AVERS That PURSUANT to The Constitution of both The State And The U.S. The Action by MARtin Violate The very Right of Due PROCESS And Equal PRotection by Laws.

MARtin Action with in this instant cause Are due To The Biased, RACiAl make up of this oRiginal Action by the PRosecutor And Defense counsel consPiring To convict AllS (A Black man) who had An Affair with A (white womAn)
MARtin WAS A member of that Group Along with The PResiding Judge DAle segRest.

AllS PResent the Afore going FAct And Laws to suPPort his cause And To Seek Justice FRom This IllegAl Conviction And Sentence And does SAy that the ToTal case Record will uPhold his claim of Illegal Conviction And INCARceRAtion (Kip NAP) by the PeRsons Involved in the oRiginal Investigation ARRest And Conviction of which martin WAS A PARt.

cc. File
cc. AlA. APP. Ct.
cc. Yvonne SAxon

Respectfully submitted
_Billy Alls_
Billy Alls   PRo se

done this _17_ day of July 2006

3