The United State District Court Middle District of Alabama

Billy Gay Alls

V

Gwendolyn Mosley et al

3:05-CV-1228-F

Petitioner Request The Status of his Request For Counsel

Into This Court Comes Billy Alls (Alls) by and through himself and would move This Hon. Court for information as to the status of his motion for appointment of counsel to assist him in this complexed and difficult litigation now due to the currant and unethical action by the State Court in this cause CC-90-007-60 CC-90-008-60 as this Court has been made award of by Alls.

Alls did file said motion as a part of this Appeal of The Magistrates Refussal to Recus herself motion filed to Judge Fuller on the 7 day of July 2006.

I will await your Reply

Executed 7 31 06

CC File
CC Yvonne Saxon

Respectfully Submitted
Billy Alls
BILLY ALLS