IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS,  #161 437            *

    Petitioner,                              *

    v.                                              *       3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.                           *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Status with regard to his July 11, 2006 request for appointment of counsel, and for good cause, it is

ORDERED that Petitioner's motion (Doc. No. 43) be and is hereby GRANTED. Petitioner is advised that the court denied his request for appointment of counsel on July 13, 2006. The Clerk is DIRECTED to send Petitioner a copy of the docket sheet for this case.

DONE, this 11th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE