IN The United States District Court
Middle District of Alabama

Billy Gay Alls

V.                                                    3:05-CV-1228-F

Gwendolyn Mosbey, et al,

Notice of Appeal of Magristrates
Denial of Motion (Doc. 39)

Into this court comes Billy Alls (Alls) and does serve this notice of Appeal of Magistrate (Walkers) Denial of the proper and Timly filed motion for Appointment of Counsel to Assist Alls in this instant Habeas Action.

Alls needs Assistance this complicaled legal Action due to the on going Action in both this instant case And the illegal action by The Randolph county Circuit Court Alls need counsel Appointed

Respectfully Submitted
Billy Alls
Billy Alls

Executed
8-16-06
cc Yvonne Saxon AAG
cc File