N THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437,                )  | |
|                                                   )  | |
|     Petitioner,                             )  | |
| v.                                               )  | CASE NO. 3:05-cv-1228-MEF |
|                                                   )  | |
| GWENDOLYN MOSLEY, *et al.*,  ) | |
|                                                   )  | |
|     Respondents.                        )  | |

## **O R D E R**

This cause is before the Court on the "Notice of Appeal of Magistrate's Denial of Motion" (Doc. #45) filed on August 17, 2006. Specifically, petitioner objects to the Magistrate Judge's order of July 13, 2006 (Doc. #41) denying petitioner's motion for appointment of counsel. After an independent review of the Magistrate Judge's order and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #45) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 23rd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE