In The District Court of The United State
Middle District of Alabama

RECEIVED
2007 MAR 20 A 9:50

Billy Gay Alls

V                             3:05-CV-1228F

Gwendolyn Mosley et al.

Motion To Compel Respondant
To Comply With Law & Statutes

Into This Court Come Billy Alls (Alls) by and Thru himself and would now move this Hon. Court and The Magistrate to issue on order compelling Respondants to come into compliance with the clearly established Federal law and statutes governing Hebeas Action see Bundy-V-Wainwright 808 F 2d 1410 (11th Cir. 1987) 28 USC § 2249 Plus Rule governing Habeas Proceeding § 2254 Rule 4 in 5 and Rule 5 808 F 2d At 2 & 808 F 2d At 8. Alls would seek this motion pursuant to the prior clearly established Federal Law pursuant to the gross non-compliance to these Law & Statute by Respondant clearly bring into question! Did Randolph County Circuit Court truly have jurisdiction to arrest try and convict and sentence Alls to Prison?

1 of 3

Clearly The STATE Refusal To submit A Certified copy of "(A) The Alleged Indictment No JG 66 CASE CC-90-7, JG 67-68, CC-90-8" To Not only This Court but Also The Court of Criminal Appeal! CR-05-1953" (B) A Certified copy of the colloque of The Plea Hearing!

The clearly Established Federal Law + Statute 808 F 2d At 8. Where in God bold holds! The obligation To Come Forward with The STATE court record is squarly upon The Respondant "Plus IF The Record is incomplete The Court on it own motion or on moton by Petitioner order it completed

Allis would Also now submit The Following Factual Claim before This court
1- The total Lack of an indictment being A part of The Respondant Evidence in Their Show Cause Answer Raises A very big Question? Was Allis Ever indicted? If Not he is Falsely imprisoned! Clearly A Silent Record hold that The Alleged Act Never happened See Cantu-v-STATe

660 So 2d 1026 Plus HARRIS-V-STATE 814 So 2d 1005! with out A Documented Record being Presented to uphold the Bare Bone claim The Respondant, Clearly no Rational Trier of Fact could or would Find Alls Guilty of Any Crime with out And indictment being A Part of The Evidence There is No Primia Facia Case upon which To Base The Conviction And Sentence.

Alls would now by This instant motion Also Ask That This Court Issue The Requested Order compelling The Respondant to suppliment The Record now, Also If The Respondant Do not or will not suppliment the Requested Certified copies of The Record on All Parties with in 14 days hence said order that this Hon. Court Grant Alls Petition and order his Release From Prison.

Respectfully Submitted
*Billy Alls*
Billy Alls    Pro se

CC File
Certificate of Service
A copy of this motion
Served upon Respondant
Executed 3-19-07

3 of 3

Billy Allis
Easterling C.F.
200 Wallace Dr.
Clio, Ala.
36017

AIS 161437
D-1-18A

Legal Mail

MONTGOMERY AL 361
19 MAR 2007 PM 3 T

United State District Co
middle District of AlaBa.
office of the Clerk
Post office Box 711
montgomery AlaBama
36101-0711