IN The District Court of The United States
Middle District of Alabama

RECEIVED
2007 MAR 23 A 9:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Billy Gay Alls

V                        3:05-CV-1228 MEF

Gwendolyn Mosley

## Petitioner Motion To Amend

Into This Court comes Billy Alls (Alls) (Proise) by And Thru himself (being And inmate uneducated in matter of law) And would submit this his Amendment into The Records of This instant Habeas.

### Substance of Amendment

Alls does Now submit The Following court document From The State Court As Valid Proe I his Attempt to Exhaust his State Remedies (his previously filed Rule 32 Petition (CC-90-7.60)(CC-90-8.60) see Doc 31 which This Court mis-construded
Trial Court Denial of Rule 32 on 12-1-06
Exhibit #1 (A) Appellate Court memorandum Ruling!
(B) Appellate Court Denial of mathion For Rehearing
Exhibit (2)# Ala Supreme Court Denial of Petition For Writ of Certiorari! Supreme court of motion For Rehearing!

## History of State Court Action

Allis Filed his Rule 32 Petition on April, 11, 05 in both State Case CC-90-7.60 And CC-90-8.60 Said Petition was divide by The Circuit Clerk with part of it being Field in (CC-90-7.60) The Petition with the Rest being Filed within (CC-90-8.60) The Argument to support Petition clear violating Allis Constitutional Right And clearly Established State Law And Statutes.

This Petition was Placed on The Docket of Circuit Court Judge Tom Young who Granted Allis The Right to Proceed in Forma Pauperis on 4-29-05.

Allis Field Numerous motion into The Trial Court, with no Response by The Court nor The District Attorney, Allis Also sought Assistence From The Appellate Court CR-04-2427 by use of Petition For Wirt of Mandamus Petition was Denied on 9-21-04 Allis Also Addressed The Trial Court Failure to Rule on his Rule 32 Petition in The Alabama Supreme Court 1050149 Petition Denied on opinion 12-9-05

All Then Filed This Pending Habeas Corpus.

## FACTUAL ARGUMENT

Alls states that the record will show the gross mis-use of clearly established Federal and State Law statutes to uphold this gross miscarriage of Justice by the Trial court.

-A- The Refusal by Judge Ray Martin to submit a certified copy of the alleged indictment upon the Court of Criminal Appeal, see Peterson v State 842 So 2d 734 Also T.T. 15-8-1-21 Plus Art 1 § 18 AIA Cont. 1901.

-B- The Failure of the Prosecutor to respond to the Rule 32 Petition within the time allowed by Rule 32.7(A) ARCRimp see Gay v State 624 So 2d 1389

-C- The Summary Denial of Rule 32 Petition violate clearly established State Law see ARCRimp Rule 32.9(d) Plus Exparte Walker 652 So 2d 198 Rivas-v-State 708 So 2d 204 The Trial court Refusal to Release to petitioner or The Appellate court Record (Indictment colloque of the plea hearing) Raise this question. Was Alls ever Indicted? The silent Record Provision of clearly established Federal and State Law should hold true. No Documented Record show the case is moot as it never happened.

## Deliberate Error Appellate Court

-A- The deliberate intentional mis-use of technical mean to deny Alls appeal by Judge Baschabs when such opinion clearly contradicted Baschabs opinion in a similar case: see Peterson V State 842 So 2d 734 and ignoring the total lack of an Indictment in Alls appeal when Baschabs did make the Indictment a major Issue in Peterson a mis-use of Judical Authority by Baschabs see Leslie-v-Doyle. Also see ExParte Week 611 So 2d 259 Ala. Sup. Ct) Plus Art1 §35 Alls Con1, 1901 on Procedural Due Process Right Alls into Receive by Baschabs court Plux ExPart Cox 451 So 2d 235 (cited by Baschabs in her discenting opinion) it appears that Baschabs does not hold true to her own opinion belief when the appellant is proise and not repesented by counsel.

### The Supreme Court

-A- The Judgment of this court is also contradictory to the opinion Issued in ExParte Peterson 890 So 2d ___ clearly violating this court own clearly established law. Alls now submits this amendment in this court and again state ground to support the

This writ and vacating alls illegal conviction and sentence (to wit) as follow

1. (No Indictment) The Trial court Refusal to submit a copy of The Indictment to The Appellate court (copy inclosed Exhibit 3+4)

2. The Total Lack of any Review of the merit of the issues Raised as Required by Law Rule 32.9(d) ARCRimP Exparte Walker 652 So 2d 198 Plus Exparte Land 775 So 2d 840 Plus Keeney v Tamage 118 Led 2d 318.

3. The Total Lack of compliance by Respondant with the Rule Governing Habeas Corpus procedure 28 USC § 2249 see 28 USC § 2244 M.53 Lloyd-v-Vannatte 296 F3d 630 The Record will show That Respondent did not comply with This clearly Established Federal Law ie 28 USC § 2249 Also this Hon. Court Denied Alls motion to compel Respondent to submit said vital Document
Alls State That the Silent Record does Tend to

uphold his Actual Factual Innocent The silent Record (No Indictment) was Allis ever indicted? If Allis was ever Indicted? Why did Circuit Judge Ray Martin Refuse to submit A copy to The court of Criminal Appeal CR-0   -1953 (see Exhibit 3+4)

Allis Now submit This his Amendment That will cover the Improper use of Judicial Authority by Judge Martin use of A Technical mean To Again Deny Allis due process And A FAIR Trial in the Circuit court of Randolph County Also The gross Judicial mis-conduct As charged within Allis Appeal of Martin Frivoless Action Also The very wilful violation of Federal And State Law And Statutes, by his Refusal To Release The vital Documented Fact pursuant to 28 USC §§ 2247 § 2248 § 2249 Governing Respondant Answer To A show cause order in A Habeas Corpus Action

Allis Now Ask This court to grant His writ in compliance with 28 USC § 2248 or in The very Least Alturnative hold An Evidenctuary hearing to Allow Respondent An unprecident

6 of 7

oppertunity to explain The gross mis-carriage of Justice in the clealy And concisely Racially motivated Alls Trial of Billy Gay Alls.

Alls submit The Aforegoing Fact to be true And Factual to the Best of his Belief And knowledge of the totally con fussing Trial Record And the federal And state Law Governing This Instant Habeas Action Avered to under penalty of perJury.

Respectfully submitted
Billy Alls
Billy Alls

Certificate of Service
A copy of The Afore going is served upon Respondant Attorney yvonne Saxon (except for the Exhibit due to her office having copies of Same Thur ms. Beth Poe)
Executed This 23 day of March 2007

Billy Alls
Billy Alls PROSe

7 of 7

Billy Allis   AIS 161437
EAStERLing Cf   D-1-18A
200 WALLAce DR.
Clio, AlA.
     36017

Legal mAil



uNited StAtes District Cc
middle District of AlABam
oFFice of The ClerK
Post OFFice Box 711
montgomeRy AlABama
            36101-07.