2 copy

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Exhibit 6

**Lane W. Mann**
 Clerk
**Gerri Robinson**
 Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

December 15, 2006

**CR-05-1953**

Billy Gay Alls v. State of Alabama  (Appeal from Randolph  Circuit Court: CC90-7.60; CC90-8.60)

## NOTICE

You are hereby notified that on December 15, 2006 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Kim S. Benefield, Circuit Clerk
 Billy Gay Alls, Pro Se
 Beth Slate Poe, Asst. Atty. Gen.