# IN THE SUPREME COURT OF ALABAMA



February 9, 2007

**1060449**

Ex parte Billy Gay Alls. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Billy Gay Alls v. State of Alabama) (Randolph Circuit Court: CC90-7.60; CC90-8.60; Criminal Appeals : CR-05-1953).

## CERTIFICATE OF JUDGMENT

## Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

SMITH, J. - See, Woodall, Stuart, and Parker, JJ., concur. Cobb, C.J. recuses.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 9th day of February, 2007

Clerk, Supreme Court of Alabama

/bb