

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Gerri Robinson
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

**CR-05-1953**

Billy Gay Alls v. State of Alabama  (Appeal from Randolph Circuit Court: CC90-7.60; CC90-8.60)

## ORDER

The appellant in the above referenced appeal has filed a motion with this Court to supplement the record on appeal. This motion should be considered by the trial court.

Upon consideration of the above, the Court of Criminal Appeals ORDERS that this motion be transferred to the trial court for that court to dispose of the appellant's motion to supplement the record within 14 days from the date of this order and, if a supplemental record is required, the trial court is requested to direct that it be prepared and filed with this Court at the earliest possible date and by no later than October 19, 2006; provided, however, that if the trial court finds that the supplemental record cannot be completed and filed with this Court by October 19, 2006, the trial court is requested to advise this Court of the earliest possible date thereafter by which the supplemental record will be filed.

When determining whether the record on appeal is due to be supplemented, the trial court should be mindful that this Court can consider on appeal only those matters that were presented to or were otherwise considered by the trial court in connection with the judgment now being appealed.

Done this the 21st day of September, 2006.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Ray D. Martin, Circuit Judge
    Hon. Kim S. Benefield, Circuit Clerk
    Melanie Garner, Court Reporter
    Billy Gay Alls, Pro Se
    Office of Attorney General