IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| VS. | )   CASE NO. CC-90-007 |
| | ) |
| BILLY GAY ALLS | ) |

**ORDER**

After consideration, Defendant's Motion To Supplement Record On Appeal is DENIED.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, and the Court of Criminal Appeals.

Signed this the 12th day of October, 2006.

*Ray D. Martin*
RAY D. MARTIN
CIRCUIT JUDGE

**Filed in Office**

OCT 1 2 2006

KIM S. BENEFIELD
Clerk of Circuit Court