IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437           *

    Petitioner,                                *

    v.                                             *     3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN,          *
 *et al.*,
    Respondents.                            *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Amend Habeas Corpus Petition, it is

ORDERED that the motion (Doc. No. 48) be and is hereby GRANTED.

It is further ORDERED that no further motions to amend the petition shall be entertained without specific leave of court to file said motion.

DONE, this 30th day of March, 2007.

                            /s/ Susan Russ Walker
                            SUSAN RUSS WALKER
                            UNITED STATES MAGISTRATE JUDGE