IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BILLY GAY ALLS, #161 437            *

    Petitioner,            *

    v.            *            3:05-CV-1228-MEF

GWENDOLYN MOSLEY, WARDEN,            *
 *et al.*,
    Respondents.            *

_____

**ORDER ON MOTION**

Before the court is Petitioner's Motion to Compel Respondents to Comply with Laws and Statutes. Petitioner contends that Respondents have filed an incomplete record of the proceedings related to his convictions as filed in the state courts. Specifically, Petitioner complains that Respondents failed to submit a certified copy of the indictments filed in his criminal cases and failed to submit a certified copy of his plea colloquy.

The court has reviewed the pleadings filed in this matter and carefully read and considered Petitioner's pending motion. Upon consideration thereof, it is

ORDERED that the Motion to Compel ( Doc. No. 47) be and is hereby DENIED.

DONE, this 30th day of March, 2007.

                                                /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE