IN The District Court of The United States
middle District of Alabama

Billy Gay Alls
V                                        3:05-CV-1228-MEF
Gwendolyn mosley

Petitioner's Appeal of magistrates
Clearly Erroneous order (doc 50)

Into this court come Billy Alls (Alls) by and thru himself and does now appeal the clearly erroneous order by magistrate Walker (doc 50) where in she again does ignore clearly established federal law + statutes 28 USC § 2249 William-V-Taylor 359 US 362

On application for writ of habeas corpus to inquire into detention of any person to a Judgment of a court of the united states. The Respondants Shall Promptly file with the court Certified copies of The Indictment plea of petitioner" and the Judgment or such of there as may be material to the question If Petitioner fail to attach Them to His petition and shall attach To the Return to the Writ or to the Answer to Show cause.

1 of 4

See HAMTON-V-WYRICK 588 F 2d 632, 59 Led 2d 477 Also Bundy-V-WAINWRIGHT 808 F 2d 1410", townsend-V-SAIN 372 US 292, 9 Led 2d 770" Also see 28 USC § 2254 Rule 5 governing Habeas Corpus Procedure"; Clearly The Erroneous Action by WALKER is A gross violation of The Clearly Establish Federal Laws and Statutes. Plus An Abundantly Clear Attempt to Aid And Abbet the Circuit Court of Randolph County And the Respondent to keep Allis in Prison without A valid Showing of Probable Cause other Than A Bare Bones Claim without A valid Showing of Documented Evidence that Allis has ever been indicted by A Grand Jury Clearly Violating The Constitutions of both the United States And The State of Alabama in the 5th & 14th Amendment in the Due Process Right Clause; And Act 1 § 8 Al const of Al. That [NO PERSON Shall be tried or convicted of Any capital crime, without being First indicted by the Grand Jury] Clearly As of this date the Circuit (trial) Court of Randolph County (Judge Ray Martin) Refuses to submit A copy of The Alleged Indictment, To Any court see Exhibit Attached To Allis motion to Amend.

Therefore if The Trial Court is Allowed to defy the Clearly Established Federal Laws And statutes As well As the U.S. And State Constitutional Right of AIIS by And Thru Walker Clearly Erroneous And Biased denial of AIIS motion to Compel Respondent to Comply with the Clearly Established Federal Laws.

Than How Can this Court Claim to be A Court of Law.

See Smith-v-McCotter 786 F2d 697 the Failure to Server An indictment.

Clearly with A Review of the Case Record Filed by Respondents. Attorney with this Court And Also with the Appellate Court of Alabama CR-05-1953 Also Pursuant to the U.S. Court of Appeal 11th Circuit with in Bundy Supra.

Let the Record Speak For it Self As to it substantial Value"

Clearly The Respondent have Failed To submit Any Valid Proof to Dispute AIIS Claim of Actual And Factual Innocent Clearly The Trial Court Judge Ray martin Flat Refusal to submit A Copy of An indictment to the State Appellate Court! see Exhibit Attached to AIIS motion to Amend is A Violation of both State And Federal Law see

Peterson -V- STATE 842 so2d 735

<u>Clearly the very fact that Respondent failed (Refused) to come forth with documented proof that Alls was ever indicted by the Randolph County Grand Jury in 1990 clearly uphold Alls claim that this conviction is a gross miscarriage of Justice due to the coerced plea of Guilty to the Alleged Charge of Capital murder "CC-90-07"</u>

Alls entered his plea due to the Defense Attorney Tom Jones telling him that the State planned to convict him and execute him.

Alls did not appeal due again to the threat of the death penalty made by Judge Segrest when he pronounced sentence.

Alls now appeals Walker erroneous and biased order to the Hon Judge Fuller. In his search for Justice Alls also has instituted an inquiry by the 11th Circuit Executive Council is to Walker action herein.

Executed 4-9-07
CC Res Att.
CC File

Respectfully Submitted
Billy Alls
Billy Alls 161437 Prise

4 of 4

Billy Mils
Easterling C.F.
200 Wallace Drive
Clio, Ala., 36017

AIS 161437
D-1-18A

MONTGOMERY AL 361
09 APR 2007 PM 4 L

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery Alabama
36101-0711