N THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437,                ) | |
|                                ) | |
|     Petitioner,                ) | |
| v.                                            ) | CASE NO. 3:05-cv-1228-MEF |
|                                ) | |
| GWENDOLYN MOSLEY, *et al.*,    ) | |
|                                ) | |
|     Respondents.              ) | |

## **O R D E R**

This cause is before the Court on petitioner's "Appeal of Magistrate's Clearly Erroneous Order" (Doc. #51) filed on April 10, 2007. Specifically, petitioner objects to the Magistrate Judge's order of March 30, 2007 (Doc. #50) denying petitioner's motion to compel. After an independent review of the Magistrate Judge's order and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #51) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 12th day of April, 2007.

                                                        /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE