IN The District Court of The United State
middle District of Alabama

Billy Gay Alls
   -v-
Gwendolyn mosley
                              3:05-CV-1228 MEF

2007 APR 23 A 10:27

## Motion For Reconsideration

Into this Court come Billy Alls (Alls) by And Thru himself, And would move Judge Fuller (Fuller) to Review the Federal Statute 28 USC §§ 2242 And 2249 As well As The Rules governing § 2254 Rule 4 and 5 Also The holding of The U.S. Court of Appeal For The Eleventh Circuit Bundy -v- Wainwright 808 F 2d 1410; Also U.S. -v- Wright 502 US 972, 116 Led 2d 448, Also see F.R.C.v.P. Rule 52(b) No error or either Admission of the exclusion of Evidence And no error of defect is An Admission or The exclusion of evidence And no error or defect Any thing done or omitted by the court or Any of the Parties is grounds For Reconsideration.
Prejudicial or erroneous evidential of the Procedural Ruling see Browder -v- Director 434 US At 226 it is clear that the Respondent

Are depriving Petitioner of his Liberty without due process of law see Fox-v-NGiA 372 US 391, with the assistance of Magistrate Walker allowing them to do so by Allowing them to Aellegedly show cause with A Bare Bones Claim without Presenting the Documented Record Required by 28 USC §2249 And Rules 4 & 5 governing 28 USC § 2254 Bundy-v-Wainwright 808 F2d 1410 Also Preiser-v-Rodriguez 411 US 475 Plus see Todd-v-Schoml 283 F3d 842 Also F.R.C.1.V.P Rule 26(A)(1) mandatory Disclosure. The Action of Walker Alleged Factual Finding is Due A de nove Review by The District court 28 USC §636 (b)(1)(C) Lewis-v-smith 855 F2d 736 For This court to Assist the Respondent to hold Alls in Prison without valid showing of Cause. To uphold this Illegal conviction is A gross and Prejudicial misscarriage of Justice.

Clearly The Federal And State constitution demand That A Person be Indicted by A Grand of All of The Charges PRIOR to PRØsecuting him. It is Clear that Respondent have not submittey Any type of Documented Evidence with There vague

Respone to The Show CAUSE ORDER, that is Required by Cleary Establised Federal Law And Statutes 28 USC § 2249 28 USC § 2254 Rules 4-5 Brudy (Supre) Also Exhibit Also see ART 1, § 8 ALA. Const 1991. No person shall be tried of convicted of any capital crime without being FIRST Indicted by the grand Jury " clearly without a valid Showing of proof by Respondent That Allis was ever Indicted on the Charge of Capital murder the Indictedment This court must now grand this writ and order Allis Release From prison.

Allis has Clearly been denied Due Process and a Full and Fail trial by the trial court within the original Case (CC-90-7) (CC-90-8) clearly it is Time Justice to be served

Executed
4-19-07
CC File
CC YVONNE SAXON
Respondent Attorney

Respectfull Submitted
Billy Gay Allis
Billy Gay Allis

Billy Allis AIS #161431
Easterling C.F. D-1-18A
200 Wallace Drive
Clio, Ala. 36017

MONTGOMERY AL 361
20 APR 2007 PM 2 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Alabama
36101-0711