In The District Court of The United States
Middle District of Alabama

RECEIVED
2007 APR 25 A 9:54
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Billy Gay Allis
-V-
Gwendolyn Mosley

3:05cv1228-MEF

## Notice of Interlocutory Appeal

Into this Court comes Billy Allis by and thru himself and does now serve Notice of his intent to file this Interlocutory Appeal of the Non-Final Order (doc 52) issued by Judge Mark Fuller (Fuller) on 4-12-07 to the United State Court of Appeal The Eleventh Circuit.

A- Allis Challenges the Bias, Prejudicial Acts by Fuller upholding the clear and concise violations of the clearly established Federal Law & Statutes and the clear Legislative intent of The United States Congress when enacted the Statutes within 28 USC § 2249, Plus The Rules Habeas Procedure in 28 USC § 2254 Rules 4 & 5 Also The Holding of the U.S. Court of Appeal for the Eleventh Circuit within Bundy -V- Wainwright 808 F2d 1410 (1987) in the Opinion Decreed by Justice Godbold.

1 of 2

-B- The wilful and wanton action of allowing the Respondent mosley to circumvent Federal law + statutes and to ignor the clear + concise legislative intent of the U.S. Congress and the opinion by Justice Godbold decreed with in Bundy -V- Wainwright 808 F2d 1400 (11th cir 1987) is a clear deliberate act of bias + prejudicial denial of Alls right of due process by the clear criminal conspiricy in the middle district of the United States by and thru the exteroneous relationship between Gwendolyn mosley and Judge myron Thompson by and thru her position as a member of the Adviosary group for the civil Justice Reform act since 1993, This position granted by myron Thompson.

Executed
4-24-07
cc File
cc Respondent Attorney

Respectfully Submitted
Billy Gay Alls
Billy Gay Alls  praise

Billy Mills
Easterling C.F.
200 Wallace Drive
Clio, Ala. 36017

M.) 161434
0-1-1819

MONTGOMERY AL 361
24 APR 2007 PM 1 T

36101+0711

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama
36101-0711