INTO District Court of the United State
Middle District of Alabama

Billy Gay Alls

-v-

Gwendolyn Mosley et al

3:05-cv-1228 MEF

Additional Factual Argument
To Support Reconsideration

Billy Alls does now submit the Additional Fact in support of This motion (Doc 53-1)

## FACT

A Review of Fuller order And his erroneous used Fed. R. Civ. P. Rule 72 to uphold Walker clear error in her opinion shows A gross miscarriage of Justice And the wilfull misuse of Federal Rules To do so.

Clearly under 28 USC § 636(b)(17(A) does not give Walker The Authority to Ignor 28 USC § 2249 nor 28 USC § 2254 Rule 4+5

because Rule 72 does not Extend to 28 USC §§ 2254 And 2255 which Are covered by Special Rules Relating To the Procedure there in.