

MONTGOMERY AL 361
24 APR 2007 PM 3 L

AIS 161477
D-1-18A

Billy AIIS
EasterLing C.F.
200Wallace DR.
Clio, AlA. 36017

Office of the Clerk
United State District Court
P.O. Box 711
Montgomery Alabama
36101-0711

36101+0711