IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY ALLS, #161437, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:05-cv-1228-MEF |
| ) | |
| GWENDOLYN MOSLEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

Upon consideration of petitioner's Motion for Reconsideration (Doc. #53) filed on April 23, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 30th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE