IN The District Court of The United States
Middle District of Alabama

Billy Gay Allis
 -V-                                3:05-CV-1228
Gwendolyn Mosley ETAL

Petitioner objection To
Judge Fuller Erroneous Order

Billy Allis (Allis) does now Submit This His objection to the Arbitrary Copricious Prejudicial Actions by Judge Fuller (Fuller) Within This instant Habeas Action (Doc 58)
Fuller has Clearly Never Review Any of the Pleading Filed by Allis, but has Choosen to mis-use And two mis-State Federal Rule of Civil Procedure F.R.C.P. Rule 72(b) to Uphold the Clearly gross violations of Clearly Established Federal Laws[1] by The Magistrate Susan Russ Walker (Walker) Allowing the Respondent to violate Clearly Established Federal Laws And Statutes[2][3] 28 USC § 2249 Plus 28 USC § 2254 Rule 5  28 USC § 2254(d)

---

[1] William-V-Taylor 120 SCT 1495 (2000)
[2] Bundy-V-Wainwright 808 F2d 1410 (11th CIR 1987)
[3] Delgato-V-Lewis 223 F3d 976 (9th CIR 2000)

1 of 3

An honest Review of the meritious Factual claims Raised by Allis. And the grossly Insufficient and Frivoless court Record Filed by Respondent in this Habeas Corpus in the Erroneous Show Cause order (Doc ___) by Walker clearly violating 28 USC § 2249 plus Rule 5 governing the Habeas Procedure 28 USC § 2254.[1] The very fact that the Respondent did not submit copies of the alleged Indictment as Required by Law 28 USC § 2249. And that Walker nor Fuller will issue an order to Campell them to do so is a gross act of Prejudice and Unethicial conduct by Walker and Fuller[2] The Action by Walker and the fact that Fuller does and has mis-used F.R.C.P.[3] To uphold this action must be view as it a clear conspiricy by Walker Fuller, mosley, King and the trial court to keep Allis Incarcerated due to this gross miscarriage of Justice.

---

[1] Bundy-v-Wainwright 808 F2d 1410 (11TH Cir 87)
[2] Beniel-v-Cone 533 US 685 (2002)
[3] Le-v-Mulin 311 F3d 1002-1003 (10TH Cir 2002)
[4] Washington-v-Schriver 255 F3d 45 (2nd Cir 2001)
[5] Taylor-v-Maddor 366 F3d 992 (9TH Cir 2004)

Every order issued by Fuller is a deliberate and wilful act of the mis-use of clearly established Federal laws and statute to cover the prejudicial biased action by Walker[1] wilfully and wantonly allowing Respondent Mosley & King to hide the most vital part of any criminal conviction. The Indictment.[2]

A Review of the Records of this case will show the wilful prejudicial action by Walker by her first order to show cause (Doc ___)[1] Also this Review will show Fuller mis-use of F.R.Civ.P. Rule 72(b) in a vain attempt to support Walker.

This Interlocutory Appeal is due to be Review in the very Interest of Justice

Respectfully Submitted
Billy Gay Allis
Executed 5-7-07
cc - Court of Appeal        Billy Gay Allis  Pro se
cc - File

---

[1] William -v- Taylor    120 SCT 1495 (2000)
[2] Bundy -v- Wainwright  808 F2d 1410 (11TH Cir 1987)

3 of 3

Billy Mils
AIS 161437
D-1-19A
Easterling C.F.
200 Wallace Drive
Clio, Ala. 36017

MONTGOMERY AL 361
07 MAY 2007 PM 2 T

Legal mail

United State District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711