IN The District Court of the United STates
middLe District of ALABama

RECEIVED
2007 MAY 16 A 10: 07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Billy Allis

        -V-

Gwendolyn Mosley eTAl

3:05-CV-1228

CR-07-11934-I

## Request For An EXPlAINation

Come Now Billy Allis (Allis) by And Thru himself And does
Now Seek A VAlid EXPLAINATion As to why the CleRk
DebRal P. Hackett is Ignoring the cleaRly
EStablished FRAP Rule 11(2) 21 C.JS. Court § 252 CJS
FedeRal court §§ 293(1)-(29)(295)(1)-(24) CollAteRal
RefeRNce 15 H. Am JuR 2d Clerk of the court §§ 24,25,
20 Am JuR 2d. court §§ 53-54 See QUINN-v-HAyNes
234 F3d At 843 Also See WilliAm-v-TAylbR 120 Set
1495 (2000)

Allis hAs Filed An INteRlocutoRy APPeal -07-11934-I iN
the U.S. court of APPeal on 4-20-07 Also on oR About
APRil 30-07 the TRANSCRipt order Form wAs Filed A
ceRtificAte that No TRANSCRipt is AvAilAble oR
NeccessARy in this inteRlocutoRy APPeal

1 of 2

it is AN EStablished Rule of the court of APPeal
PRoceduce That the Duties of the CleRK is cleaR The
Record on APPeal must be TRANSmitted to the
APPellate court the APPellANt And the APPellee And A
time Limit of 14 dAys is Set there iN Rule 11.2,
FRAP (10 P Rule 11.2) As Amed 1-1-02/1-1-03

AllS Now Request AN EXPlAiNAtioN As to Why the
middle DiStRict of AlABama U.S. Dist. Court Judicial
System Choose to IgNoRe oR to wilfully mis-use The
cleARy EStablished Federal Laws within This
PROiSe CASE.

Executed
5-15-07                    Respectfully Submitted
CCFile                     Billy Alls
CC Court of APPeals        Billy AllS    PRoise
CR-07-11934-I



Billy Ellis
A.5 164477
D-1-18A
Easterling C.F.
200 Wallace Dr.
Clio, Ala. 36017

Legal mail

361010711

United State District Court
middle District of Alabama
office of the clerk
post office box 711
montgomery Alabama
36101-0711

MONTGOMERY AL
15 MAY 2007 PM

