IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



_____

No. 07-11934-I

_____

BILLY ALLS,

                                      Petitioner-Appellant,

versus

GWENDOLYN MOSLEY, Warden,
TROY KING, The Attorney General of the State of Alabama,

                                      Respondents-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before TJOFLAT, HULL, and MARCUS, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court's April 12, 2007, order is not final and appealable. 28 U.S.C. §§ 1291, 1292(b); Fed.R.Civ.P. 54(b); Atlantic Federal Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 375-76 (11th Cir. 1989); Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983); Broussard v. Lippman, 643 F.2d 1131, 1133 (5th Cir. Unit A Apr. 1981).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.