IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 26 A 9:37

| | |
|---|---|
| BILLY ALLS, #161437, | ) |
|    PETITIONER, | ) |
| | ) |
| V. | ) CASE NO. 3:05-CV-1228 |
| | ) |
| GWENDOLYN C. MOSLEY, et. al., | ) |
|    RESPONDENTS. | |

### MOTION FOR A STAY

COMES NOW the Petitioner, Billy Alls, by and through himself in the above entitled cause and moves this Court to enter a Stay in the proceeding herein. The Petitioner states in support the following:

The Petitioner wishes to stay this proceeding, because he needs to exhaust remedies concerning issues with his indictment. The petitioner is serving two sentences of life imprisonment, however, the Petitioner has only one valid indictment, which come only impose one valid sentence.

The Petitioner will be filing this jurisdictional issue in the Circuit Court of Randolph County, Alabama, based upon the

State Court rulings in <u>**Peterson v. State**</u>, 842 So.2d 734 (Ala.Crim.App.2002).

Wherefore, the premises considered the petitioner prays this court grant this motion in all respects.

Respectfully submitted,

Billy Alls
161437
200 Wallace Drive
Easterling Prison
Clio, Alabama 36017

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the office of the Attorney General at 11 south Union Street, Montgomery, Alabama 36130, by placing a copy of the same in the Prison mail Room for United States Mail, **on this** 25 day of June, 2007.

Billy Alls
Petitioner

-2-

Billy Alls 161437
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
25 JUN 2007 PM 2 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36102-0711