IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY GAY ALLS, #161437, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:05cv1228-MEF |
| ) | |
| GWENDOLYN MOSLEY, WARDEN, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 4, 2008, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Billy Alls is DENIED and DISMISSED with prejudice as time-barred.

Done this the 23rd day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE