IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY GAY ALLS, #161437, )<br>)<br>Petitioner, )<br>v. )<br>)<br>GWENDOLYN MOSLEY, WARDEN, )<br>et al., )<br>)<br>Respondents. ) | CASE NO. 3:05cv1228-MEF |

# **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied, and that this action is dismissed with prejudice.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE